**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.      CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>MSP Recovery Claims Series 44, LLC</u>
 Plaintiff

Case # _____
Judge _____

 vs.

<u>State Farm Mutual Automobile Insurance Company</u>
 Defendant

### II.      AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☒  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

### III.      TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☒ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**  **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**  **NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

 <u>3</u>

**VI.**  **IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☐ yes
  ☒ no

**VII.**  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ no
  ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒ yes
  ☐ no

**IX.**  **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
  ☐ yes
  ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Natalie Marie Rico</u>    Fla. Bar # <u>65046</u>
   Attorney or party       (Bar # if attorney)

<u>Natalie Marie Rico  </u>    <u>06/16/2022</u>
 (type or print name)      Date

- 3 -

IN THE COUNTY COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

MSP Recovery Claims Series 44, LLC,

     Plaintiff,                        CASE NO.:

State Farm Mutual Automobile
Insurance Company,

     Defendant.

_____/

## COMPLAINT

Plaintiff, MSP Recovery Claims Series 44, LLC ("Plaintiff" or "MSP Recovery") files this Complaint against State Farm Mutual Automobile Insurance Company ("Defendant").

## OVERVIEW

1.     This is an action under Title XVIII of the Social Security Act, 42 U.S.C. § 1395 et seq., to enforce the right of reimbursement of Medicare conditional payments pursuant to 42 U.S.C. § 1395y(b) and 42 U.S.C. § 1395w-22(a)(4). MSP Recovery seeks to recover certain conditional payments of Medicare benefits that its assignor, Health First Health Plans, Inc. ("HFHP"), made with respect to medical expenses for items and services incurred by E.B.[1], a Medicare beneficiary, for which Defendant was the primary payer under the Medicare Secondary Payer Act ("MSP Act").

## PARTIES

2.     MSP Recovery is a Delaware series limited liability company with a principal place of business in Coral Gables, Florida. MSP Recovery, through its operating agreement, has standing

---

[1] Upon the entry of a protective order, Plaintiff will file the full name of this beneficiary under seal to comply with the Health Insurance Portability and Accountability Act of 1996 and its related administrative regulations.

to file suit on behalf of its series LLCs, and through that operating agreement, MSP Recovery has the right to pursue the claims assigned by HFHP.

3.      MSP Recovery has established various designated series pursuant to Delaware law in order to maintain various claims recovery assignments separate from other Company assets, and in order to account for and associate certain assets with certain particular series. Pursuant to MSP Recovery's limited liability agreement, all designated series form a part of MSP Recovery. MSP Recovery may receive assignments in the name of MSP Recovery and further associate such assignments with a particular series or may have claims assigned directly to a particular series. In either event, MSP Recovery will maintain the right to sue on behalf of each series and pursue any and all rights, benefits, and causes of action arising from assignments to a series. Any claim or suit may be brought by MSP Recovery in its own name, or it may elect to bring suit in the name of its designated series.

4.      MSP Recovery's limited liability agreement provides that any rights and benefits arising from assignments to its series shall belong to MSP Recovery.

5.      HFHP, contracted with the Centers for Medicare and Medicaid Services ("CMS") to administer Medicare benefits for Medicare beneficiaries who elect to enroll in the Medicare Advantage (Part C) and Medicare Prescription Drug (Part D) programs. As such, HFHP is a Medicare Advantage ("MA") organization ("MAO").

6.      Series 44-20-456 is a designated series of MSP Recovery and holds the rights, pursuant to a valid assignment agreement, to pursue the claims assigned by HFHP.

7.      Defendant State Farm Mutual Automobile Insurance Company is an Illinois company with its principal place of business at 1 State Farm Plaza Bloomington, IL 61710.

## **VENUE & JURISDICTION**

8.     This is an action for damages that do not exceed $30,000.00, exclusive of interest, attorneys' fees, and costs. This action is within the subject matter jurisdiction of this court.

9.     Venue is appropriate within Miami-Dade County pursuant to Fla. Stat. 47.051 because the Defendant does business in the state of Florida, specifically Miami-Dade County, and has agents or other representatives in Miami-Dade County.

## **FACTUAL ALLEGATIONS**

10.     HFHP contracts with CMS to provide and administer Medicare benefits for Medicare enrollees under Medicare Part C, the Medicare Advantage program.

11.     E.B. is a Medicare beneficiary, who—at the time of the events giving rise to this action—resided in Bunnell, Florida.

12.     E.B. elected to obtain Medicare benefits through participation in a Medicare Advantage plan administered by HFHP and was enrolled on January 11, 2017, through all times relevant to this Complaint.

13.     E.B. was involved in an automobile accident on January 11, 2017. E.B. was the driver of a 2015 Chevrolet sport utility vehicle when he was involved in a collision with another driver who was operating a 2000 Volkswagen four door vehicle at the intersection of E. State Road 100 Hwy. and Landing Blvd. in Flagler County, Florida. *See* Exhibit A attached hereto.

14.     As a direct and proximate result of the accident, E.B. sustained injuries, attached hereto as Exhibit B, which included:

   a.   S50.812A: Abrasion of left forearm, initial encounter;
   b.   R07.89: Other chest pain;
   c.   S29.9XXA: Unspecified injury of thorax, initial encounter;
   d.   R06.00: Dyspnea, unspecified;

3

    e.   V89.2XXA: Person injured in unspecified motor-vehicle accident, traffic, initial encounter; and

    f.   I10: Essential (primary) hypertension.

15.    E.B. obtained treatment for accident-related injuries on the same date of accident, January 11, 2017, from the following medical providers: Flagler County Fire Rescue, Florida Hospital Flagler and AdventHealth Orlando. Those treatments, attached hereto as Exhibit B, included:

    a.   CPT Code A0428: Bls [X];
    b.   CPT Code A0425: Ground mileage [X];
    c.   CPT Code 99284: Emergency dept visit;
    d.   CPT Code 84484: Assay of troponin quant;
    e.   CPT Code 71010: Chest x-ray 1 view frontal; and
    f.   CPT Code 93005: Electrocardiogram tracing.

16.    E.B.'s medical providers billed HFHP for the accident-related items and services E.B. received on January 11, 2017. The total amount of the charges was $5,827.31.

17.    HFHP made conditional payments of Medicare benefits on behalf of E.B. on January 29, 2017, February 26, 2017, April 16, 2017, April 30, 2017, July 9, 2017, July 30, 2017, August 6, 2017, and September 17, 2017. E.B.'s accident-related items and services would normally be valued at a commercially billed amount of $5,827.31. Further, Defendants would have been billed for this amount by E.B.'s providers for accident-related items and services had HFHP not made conditional payments at a different rate. Because of this, HFHP is entitled to seek reimbursement for the commercially billed amount of $5,827.31, because Defendants are not entitled to receive a windfall resulting from their failure to timely reimburse under the MSP Act.

18.    While HFHP was making its conditional payment, E.B. simultaneously made a claim against a no-fault policy ("No-Fault Policy") issued to him by the Defendant. The No-Fault Policy provided coverage for any medical expenses resulting from the accident.  E.B.'s claim included a

claim for the repayment of medical expenses, which necessarily included the conditional payments made by HFHP.

19.     Defendant reported its primary payer plan status to CMS under its statutory and contractual obligations. In that report, Defendant described the accident, listed the reporting entity, identified the type of insurance coverage involved (no-fault), and admitted its primary plan status with respect to any conditional payments that an MAO made on behalf of E.B.  However, Defendant failed to reimburse HFHP for E.B.'s accident-related medical expenses.

20.     By virtue of the No-Fault Policy, Defendant became a primary plan with a duty to repay HFHP.

21.     Medicare plans—including the private Medicare plan involved in this case—have a policy of "paying in the dark"[1] for their enrollees' medical expenses (i.e., Medicare pays for medical expenses so that their enrollees can receive timely medical care even if another party is obligated to pay for the expenses first). However, the Trust is legally obligated to reimburse Medicare plans for those medical expenses. *See United States v. Baxter Int'l, Inc.*, 345 F.3d 866, 901 (11th Cir. 2003).

22.     Under the Medicare Secondary Payer law, "[a] primary plan's responsibility [as the primary plan] for such payment may be demonstrated by a judgment, a payment conditioned upon the recipient's compromise, waiver, or release (whether or not there is a determination or admission of liability) of payment for items or services included in a claim against the primary plan or the primary plan's insured, or by other means." 42 U.S.C. § 1395y(b)(2)(B).

---

[1] *See United States v. Baxter Int'l, Inc.*, 345 F.3d 866, 901 (11th Cir. 2003).

23.     On January 7, 2022, Plaintiff sent the Defendant a demand letter pursuant to Florida Statute § 627.736, advising the Defendant of its rights to seek reimbursement as a Medicare and/or Medicaid assignee for E.B.'s injuries resulting from the accident that took place on January 11, 2017, and requesting information regarding the Defendant's No-Fault Policy. *See* Exhibit C attached hereto.

24.     In response, Defendant sent a letter dated January 24, 2022, advising that E.B.'s claim "involves [their] policy language." *See* Exhibit D attached hereto.

25.     Defendant, by virtue the No-Fault Policy, became the primary plan under the MSP Act. As such, Defendant was required to make appropriate reimbursement for the conditional Medicare benefits advanced by HFHP on behalf of E.B. Defendant was required to reimburse HFHP within 60 days of date of the payment of benefits under the No-Fault Policy. It did not.

26.     The provisions governing Medicare Advantage, Medicare Part C, reference the MSP law, notably in the provisions regarding an MAO's right to charge for reimbursement of conditional benefits. 42 U.S.C. § 1395w-22(a)(4). Section 1395w-22(a)(4) provides that under circumstances in which the MSP law makes the MAO's payments secondary, the organization may charge, or authorize the actual providers to charge, the primary payer or the enrollee. It further provides that the MAO may charge, or authorize the actual providers to charge, at the rates a Workman's Compensation plan, auto or liability insurer, or No-Fault insurer, as the case may be, would ordinarily pay, unrestrained by the usual restrictions imposed by Medicare. In this case, those charges would be at least $5,827.31.

27.     No one has reimbursed HFHP for the conditional payments that HFHP advanced for items and services received by E.B. as a result of the accident.

28.     Plaintiff complied with any and all conditions precedent to the filing of this action, to the extent applicable.

## ASSIGNMENT ALLEGATIONS

29.     Plaintiff has the legal right to pursue this MSP Act claim pursuant to valid assignment agreements.

30.     Effective April 28, 2016, HFHP**,** a Medicare Advantage organization, irrevocably assigned all rights to recover payments made on behalf of its Enrollees to MSP Recovery, LLC (the "HFHP Assignment"). The HFHP Assignment expressly provides, in pertinent part:

> Client hereby irrevocably assigns, transfers, conveys, sets over and delivers to MSP Recovery, and any of its successors and assigns, any and all of Client's right, title, ownership and interest in and to all Claims existing on the date hereof, whether based in contract, tort, statutory right, and any and all rights (including, but not limited to, subrogation) to pursue and/or recover monies for Client that Client had, may have had, or has asserted against any party in connection with the Claims and all rights and claims against primary payers and/or third parties that may be liable to Client arising from or relating to the Claims, including claims under consumer protection statutes and laws, and all information relating thereto . . . all of which shall constitute the "Assigned Claims."
>
> …
>
> The transfer, grant, right, or assignment of any and all of Client's right, title, ownership, interest and entitlements in and to the Assigned Claims shall remain the confidential and exclusive property of MSP Recovery or its assigns. This assignment is irrevocable and absolute.

HFHP Assignment.[2]

31.     On June 12, 2017, MSP Recovery, LLC assigned all rights acquired under the HFHP Assignment to Series 16-05-456, a designated series of MSPRC (the "Series Assignment I"). The Series Assignment I states:

> [T]he undersigned Assignor . . . irrevocably assigns, sells, transfers, conveys, sets

---

[2] The agreements entered between MSP Recovery, Health First Administrative Plans, and Health First Health Plans have been the subject of much litigation over the last three years. However, the Court of Appeals for the Eleventh Circuit in *MSP Recovery Claims, Series LLC v. QBE Holdings, Inc.*, 965 F. 3d 1210 (11th Cir. 2020) held that the referenced document properly assigned the claims and is the relevant document that provided MSP standing to assert HFHP recovery rights.

over and delivers to Assignee and its successors and assigns, any and all of Assignor's right, title, ownership and interest in and to the Claims and Assigned Claims, (and all proceeds and products thereof, including any related assigned assets and assigned documents) as such terms are defined or contained in that certain (1) Assignment and (2) Addendum to the Recovery Agreement and Assignment Addendum, both given and effective April 28, 2016 and executed on June 1, 2018, by and between Health First Health Plans, Inc., a Florida corporation and Medicare Advantage Organization and party to contract number H1099 with The Centers for Medicare & Medicaid Services, as the "Client" and health plan assignor, and [MSP Recovery], a Florida limited liability company (the "Assignment"); irrespective of when the claims were vested in Client, inclusive of any and all claim(s), causes of actions, proceeds, products and distributions of any kind, and proceeds of proceeds, in respect thereof, whether based in contract, tort, statutory right, and any and all rights (including, but not limited to, subrogation) to pursue and/or recover monies that Assignor had, may have had, or has asserted against any party pursuant to the Assignment from the Client, including claims under consumer protection statutes and laws, any and all rights and claims against primary payers and/or third parties that may be liable to Client arising from or relating to the Claims and all information relating thereto.

Series Assignment I.

32.     Further, on October 22, 2020, Series 16-05-456 entered into an assignment agreement with Series 44-20-456, a designated series of Series 44, whereby it irrevocably assigned all rights it acquired through its assignment agreement with MSP Recovery, LLC ("Series Assignment II"). The Series Assignment II was executed by individuals of majority, of sound mind, and with legal authority to bind the respective parties, and was entered into under Florida law:

[Series 16-05-456] . . . hereby irrevocably assigns, transfers, conveys, sets over, and delivers to [Series 44-20-456] and its successors and assigns, (i) any and all of Assignor's right, title, ownership, and interest in and to the [claims], as well as (ii) the "Claims" and "Assigned Claims", and all proceeds and products thereof (collectively the "Assigned Claims") as such terms are defined in the Agreements.

This Assignment includes all the Assigned Claims irrespective of when the claims were vested in HFHP, inclusive of any and all claim(s), causes of actions, proceeds, products, and distributions of any kind, and proceeds of proceeds, in respect thereof, whether based in contract, tort, statutory right, and any and all rights (including, but not limited to, subrogation) to pursue and/or recover monies that

8

Assignor had, may have had, or has asserted against any party, including claims under consumer protection statutes and laws, any and all rights and claims against primary payers and/or third parties that may be liable to HFHP arising from or relating to the Claims and all information relating thereto.

Series Assignment II.

33.     Consideration was given between each party in executing these assignments.

34.     The claim set forth in this Complaint is not subject to any carveout, exclusion, or any other limitation in law or equity that would impair Plaintiff's right to bring the claim asserted in this case.

## COUNT I
## PRIVATE CAUSE OF ACTION UNDER 42 U.S.C. § 1395y(b)(3)(A)

35.     Plaintiff re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs 1-34 as if fully set forth herein.

36.     Plaintiff asserts a private cause of action pursuant to 42 U.S.C. § 1395y(b)(3)(A).

37.     Defendant issued a No-Fault Policy to E.B. and was responsible for costs relating to his automobile accident but failed to provide primary payment to E.B.'s providers for the items and services for which HFHP advanced the conditional payments.

38.     Defendant did not pay or provide for appropriate reimbursement to HFHP in accordance with the MSP Act and its accompanying regulations.

39.     MSP Recovery, as the valid assignee of HFHP's rights, brings the private cause of action established by 42 U.S.C. § 1395y(b)(3)(A) to recover "an amount double the amount otherwise provided" for Defendant's failure to make appropriate reimbursement as required by law.

40.     Pursuant to 42 U.S.C. § 1395w-22(a)(4), the "amount otherwise provided" is the amount a provider may charge "in accordance with the charges allowed under a law, plan, or policy" identified in 42 U.S.C. § 1395y(b)(2), which in this case was at least $5,827.31.

WHEREFORE, Plaintiff demands judgment against State Farm Mutual Automobile Insurance Company as follows:

A.     a judgment awarding reimbursement of double damages for those amounts to which Plaintiff is entitled under 42 U.S.C. § 1395y(b)(3)(A);

B.     a judgment awarding Plaintiff pre-judgment and post-judgment interest consistent with the statute; and

C.     a judgment awarding Plaintiff reasonable attorneys' fees, and such other and further relief as the Court deems just and proper under the circumstances.

## COUNT II
## DIRECT RIGHT OF RECOVERY PURSUANT TO 42 C.F.R. § 411.24(e)
## FOR BREACH OF CONTRACT

41.     Plaintiff re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs 1-34 as if fully set forth herein.

42.     Pursuant to the MSP Act, HFHP was subrogated to the right to recover unreimbursed conditional payments from Defendant for its breach of contract with its insureds. Defendant was contractually obligated to pay for medical expenses arising out of covered automobile accidents, and it failed to fulfill that obligation. This obligation was, instead, fulfilled by HFHP.

43.     Defendant failed and/or refused to make complete payments or reimbursements for E.B.'s accident-related expenses as required by its contractual obligations.

44.     Defendant failed to pay for E.B.'s covered losses, and it has no reasonable proof to establish that it was not the primary plan and, therefore, not responsible for the payment.

45.     Defendant's failure to pay damaged Plaintiff's assignor. Plaintiff is entitled to recover up to the statutory policy limits for the medical expenses related to the subject accidents.

WHEREFORE, Plaintiff demands judgment against State Farm Mutual Automobile Insurance Company as follows:

A.     a judgment awarding reimbursement of damages for those amounts to which Plaintiff is entitled pursuant to the direct right of recovery for breach of contract;

B.     a judgment awarding Plaintiff pre-judgment and post-judgment interest consistent with the statute; and

C.     a judgment awarding Plaintiff reasonable attorneys' fees, and such other and further relief as the Court deems just and proper under the circumstances.

## COUNT III
## DECLARATORY JUDGMENT

46.     Plaintiff re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs 1-34 as if fully set forth herein.

47.     Plaintiff alleges that as part of providing Medicare benefits under the Medicare Advantage program, Plaintiff's assignor paid for items and services which were also covered by no-fault, personal injury protection, or medical payments policies issued by Defendant.

48.     Defendant issued a No-Fault policy to E.B. and was responsible for medical expenses relating to his automobile accident but failed to provide primary payment to E.B.'s providers for the items and services for which HFHP advanced the conditional payments.

49.     As a primary payer, Defendant had a nondelegable duty to reimburse conditional payments advanced by Medicare Participants for life-saving medical services rendered to covered persons. Defendant is liable for reimbursement of these accident-related medical expenses, even if it subsequently paid out the maximum benefits under the policies.

50.     Defendant was required to timely reimburse Plaintiff's assignor for conditional payments made on behalf of E.B.'s accident-related medical expenses.

51.     An actual, present, and justiciable controversy has arisen between Plaintiff and Defendant concerning its obligation to reimburse Plaintiff's assignor.

52.     Plaintiff seeks a declaratory Judgment from this Court establishing that, under federal law, Defendant has a historical, present, and continuing duty to reimburse Plaintiff's assignor for payments made on behalf of E.B.'s accident-related medical expenses.

WHEREFORE, Plaintiff demands judgment against Defendant State Farm Mutual Automobile Insurance Company as follows:

A.     a judgment declaring that Defendant has a historical, present, and continuing duty to reimburse Plaintiff's assignor for unreimbursed conditional payments;

B.     a judgment awarding Plaintiff pre-judgment and post-judgment interest consistent with the statute; and

C.     a judgment awarding Plaintiff reasonable attorneys' fees, and such other and further relief as the Court deems just and proper under the circumstances.

## **JURY TRIAL DEMAND**

Plaintiff hereby demands a jury trial on all counts and issues so triable within this pleading.

> Respectfully submitted,
> NATALIE M. RICO, ESQ.
> JORDAN M. MACEJKA, ESQ.

Milberg Coleman Bryson Phillips Grossman, PLLC
Attorneys for Plaintiff
2701 S. LeJeune Road, 10th Floor
Miami, FL 33134
Tel.: (866) 252-0878
Fax: (919) 600-5035
Primary Emails: Nrico@milberg.com;
Jmacejka@milberg.com
Secondary Email: Amkamanga@milberg.com

By: /s/ Natalie M. Rico
      NATALIE M. RICO
      Florida Bar No. 65046

13

# EXHIBIT A

# FLORIDA TRAFFIC CRASH REPORT

LONG FORM [X]   SHORT FORM [ ]   UPDATE [ ]

| | |
|---|---|
| TOTAL # OF VEHICLE SECTION(S) | 3 |
| TOTAL # OF PERSON SECTION(S) | 3 |
| TOTAL # OF NARRATIVE SECTION(S) | 1 |

MAIL TO:  DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES

TRAFFIC CRASH RECORDS, NEIL KIRKMAN BUILDING

TALLAHASSEE, FL 32399-0537

| CRASH DATE | TIME OF CRASH | DATE OF REPORT | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|
| 01/ 11/ 17 | 11:07 AM | 01/ 11/ 17 | ▓▓▓▓ | ▓▓▓▓ |

## CRASH IDENTIFIERS

| COUNTY CODE | CITY CODE | COUNTY OF CRASH | PLACE OR CITY OF CRASH | | CHECK IF WITHIN CITY LIMITS | TIME REPORTED | TIME DISPATCHED |
|---|---|---|---|---|---|---|---|
| 61 | 53 | Flagler | Palm Coast | | [X] | 11:07 AM | 11:13 AM |

| TIME ON SCENE | TIME CLEARED SCENE | CHECK IF COMPLETED | REASON (If Investigation NOT Complete) | Notified By: 1 Motorist 2 Law Enforcement |
|---|---|---|---|---|
| 11:28 AM | 12:31 PM | [X] | | 2 |

## ROADWAY INFORMATION (CHOOSE ONLY 1 OF 4 OPTIONS)

| CRASH OCCURRED ON STREET, ROAD, HIGHWAY | | AT STREET ADDRESS # | | AT LATITUDE   AND   LONGITUDE |
|---|---|---|---|---|
| E State Road 100 HWY | (1) | | (2) | |

| FEET | MILES | N  S  E  W | | AT / FROM  INTERSECTION WITH STREET, ROAD, HIGHWAY | | OR FROM MILEPOST # |
|---|---|---|---|---|---|---|
| | | | (3) | Landing BLVD | (4) | |

| Road System Identifier | | Type of Shoulder | | Type of Intersection | |
|---|---|---|---|---|---|
| 3 | 1 Interstate  2 U.S.  3 State  4 County  5 Local  6 Turnpike/Toll  7 Forest Road  8 Private Roadway  9 Parking Lot  77 Other, Explain in Narrative | 2 | 1 Paved  2 Unpaved  3 Curb | 3 | 1 Not at Intersection  2 Four-Way Intersection  3 T-Intersection  4 Y-Intersection  5 Traffic Circle  6 Roundabout  7 Five-Point, or More  77 Other, Explain in Narrative |

## CRASH INFORMATION (CHECK IF PICTURES TAKEN) [ ]

| Light Condition | | Weather Condition | | Roadway Surface Condition | | School Bus Related | | Manner of Collision/Impact | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 Daylight  2 Dusk  3 Dawn  4 Dark-Lighted  5 Dark-Not Lighted  6 Dark-Unknown Lighting  77 Other, Explain in Narrative  88 Unknown | 1 | 1 Clear  2 Cloudy  3 Rain  4 Fog, Smog, Smoke  5 Sleet/Hail/ Freezing Rain  6 Blowing Sand, Soil, Dirt  7 Severe Crosswinds  77 Other, Explain in Narrative | 1 | 1 Dry  2 Wet  3 Oil  4 Ice/Frost  5 Mud, Dirt, Gravel  6 Sand  7 Water (standing/ moving)  77 Other, Explain in Narrative  88 Unknown | 1 | 1 No  2 Yes, School Bus Directly Involved  3 Yes, School Bus Indirectly Involved | 1 | 1 Front to Rear  2 Front to Front  3 Angle  4 Sideswipe, Same Direction  5 Sideswipe, Opposite Direction  6 Rear to Side  7 Rear to Rear  77 Other, Explain in Narrative  88 Unknown |

| First Harmful Event | Non-Collision | Collision Non-Fixed Object | Collision with Fixed Object | First Harmful Event Location |
|---|---|---|---|---|
| 14 | 1 Overturn/Rollover  2 Fire/Explosion  3 Immersion  4 Jackknife  5 Cargo/Equipment Loss or Shift  6 Fell/Jumped From Motor Vehicle  7 Thrown or Falling Object  8 Ran into Water/Canal  9 Other Non-Collision | 10 Pedestrian  11 Pedalcycle  12 Railway Vehicle (train, engine)  13 Animal  14 Motor Vehicle in Transport  15 Parked Motor Vehicle  16 Work Zone/Maintenance Equipment  17 Struck By Falling, Shifting Cargo  18 Other Non-Fixed Object | 19 Impact Attenuator/Crash Cushion  20 Bridge Overhead Structure  21 Bridge Pier or Support  22 Bridge Rail  23 Culvert  24 Curb  25 Ditch  26 Embankment  27 Guardrail Face  28 Guardrail End  29 Cable Barrier  30 Concrete Traffic Barrier  31 Other Traffic Barrier  32 Tree (standing)  33 Utility Pole/Light Support  34 Traffic Sign Support  35 Traffic Signal Support  36 Other Post, Pole or Support  37 Fence  38 Mailbox  39 Other Fixed Object (wall, building, tunnel, etc.) | 1 On Roadway  2 Off Roadway  3 Shoulder  4 Median  6 Gore  7 Separator  8 In Parking Lane or Zone  9 Outside Right-of-way  10 Roadside |
| First Harmful Event within Interchange |  |  |  | 1 |
| 1 | 1 No  2 Yes  88 Unknown |  |  |  |

| First Harmful Event Relation to Junction | | Contributing Circumstances: Road | | Contributing Circumstances: Environment | |
|---|---|---|---|---|---|
| 3 | 1 Non-Junction  2 Intersection  3 Intersection-Related  4 Driveway/Alley Access Related  5 Railway Grade Crossing  14 Entrance/Exit Ramp  15 Crossover - Related  16 Shared-Use Path or Trail  17 Acceleration/Deceleration Lane  18 Through Roadway  77 Other, Explain in Narrative  88 Unknown | 1 | 1 None  4 Work Zone (construction/ maintenance/utility)  6 Shoulders (none, low, soft, high)  7 Rut, Holes, Bumps  9 Worn, Travel-Polished Surface  10 Road Surface Condition (wet, icy, snow, slush, etc.)  11 Obstruction in Roadway  12 Debris  13 Traffic Control Device Inoperative, Missing or Obscured  14 Non-Highway Work  77 Other, Explain in Narrative  88 Unknown | 1 | 1 None  2 Weather Conditions  3 Physical Obstruction(s)  4 Glare  5 Animal(s) in Roadway  77 Other, Explain in Narrative  88 Unknown |

| Work Zone Related | | Crash in Work Zone | | Type of Work Zone | | Workers in Work Zone | | Law Enforcement in Work Zone | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 No  2 Yes  88 Unknown | | 1 Before the First Work Zone Warning Sign  2 Advance Warning Area  3 Transition Area  4 Activity Area  5 Termination Area | | 1 Lane Closure  2 Lane Shift/Crossover  3 Work on Shoulder or Median  4 Intermittent or Moving Work  77 Other, Explain in Narrative | | 1 No  2 Yes  88 Unknown | | 1 No  2 Officer Present  3 Law Enforcement Vehicle Only Present |

## WITNESSES

| NAME | ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|
| | | | |
| NAME | ADDRESS | CITY & STATE | ZIP CODE |
| | | | |
| NAME | ADDRESS | CITY & STATE | ZIP CODE |
| | | | |

## NON VEHICLE PROPERTY DAMAGE

| VEHICLE # | PERSON # | PROPERTY DAMAGE – OTHER THAN VEHICLE | EST. AMOUNT | OWNER'S NAME (Check if Business) | ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| VEHICLE # | PERSON # | PROPERTY DAMAGE – OTHER THAN VEHICLE | EST. AMOUNT | OWNER'S NAME (Check if Business) | ADDRESS | CITY & STATE | ZIP CODE |
| | | | | | | | |

HSMV 90010 S (E) (rev 06/13)

| VEHICLE # | 1 | Check if Commercial | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|

| 1 Vehicle in Transport 2 Parked Motor Vehicle 3 Working Vehicle | 1 | VEHICLE LICENSE NUMBER | STATE FL | REGISTRATION EXPIRES 12/ 03/ 17 | Check if Permanent Registration X | VIN |

| Hit and Run 1 No 2 Yes 88 Unknown | 1 | YEAR 2000 | MAKE Volkswagen | MODEL | STYLE 4 Door | COLOR Black | DAMAGE: 1 Disabling 2 Functional 3 None | 4 Minor 88 Unknown | 1 | EST. AMOUNT 5000 |

| INSURANCE COMPANY GEICO GENERAL INSURANCE COMPANY | INSURANCE POLICY NUMBER 1125225407 | Towed due to Damage: 1 No 2 Yes | 2 | VEHICLE REMOVED BY SAXONS TOWING | 1 Rotation 2 Owner Request 3 Driver 77 Other, Explain in Narrative | 1 |

| NAME OF VEHICLE OWNER (Check if Business) | | CURRENT ADDRESS | CITY & STATE | ZIP CODE |

| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent Registration | VIN | YEAR | MAKE | LENGTH | AXLES |
|---|---|---|---|---|---|---|---|---|---|
| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent Registration | VIN | YEAR | MAKE | LENGTH | AXLES |

| VEHICLE TRAVELING | N   S   E   W   Off-Road   Unknown X | ON STREET, ROAD, HIGHWAY State Highway 100 | AT EST. SPEED 30 | POSTED SPEED 50 | TOTAL LANES 4 |

| HAZ. MAT. RELEASED 1 No 2 Yes 88 Unknown | HAZ. MAT. PLACARD 1 No 2 Yes 88 Unknown | HAZ. MAT. NUMBER | HAZ. MAT. CLASS |

Area of Initial Impact: 18 Undercarriage, 19 Overturn, 20 Windshield, 21 Trailer

Most Damaged Area

| MOTOR CARRIER NAME | US DOT NUMBER |
|---|---|
| MOTOR CARRIER ADDRESS | CITY & STATE | ZIP CODE | PHONE NUMBER |

**Vehicle Body Type** 1

1 Passenger Car
2 Passenger Van
3 Pickup
6 Motor Home
7 Motor Home
8.1 Motorcycle
12 Moped
13 All Terrain Vehicle (ATV)

15 Low Speed Vehicle
16 (Sport) Utility Vehicle
17 Cargo Van (10,000 lbs (4,536 kg) or less)
18 Motor Coach
19 Other Light Trucks (10,000 lbs (4,536 kg) or less)
20 Medium/Heavy Trucks (more than 10,000 lbs (4,536 kg))
21 Bus
77 Other, Explain in Narrative
88 Unknown

**Trafficway** 4

1 Two-Way, Not Divided
2 Two-Way, Not Divided, with a Continuous Left Turn Lane
3 Two-Way, Divided, Unprotected (painted >4 feet) Median
4 Two-Way, Divided, Positive Median Barrier
5 One-Way Trafficway
88 Unknown

**Commercial Motor Vehicle Configuration**

1 Vehicle 10,000 lbs or less Placarded for Hazardous Materials
2 Single-Unit Truck (2-axle and GVWR more than 10,000 lbs (4,536 kg))
3 Single-Unit Truck (3 or more axles)
4 Truck Pulling Trailer(s)
5 Truck Tractor (bobtail)
6 Truck Tractor/Semi-Trailer
7 Truck Tractor/Double

8 Truck Tractor/Triple
9 Truck more than 10,000 lbs (4,536 kg), Cannot Classify
10 Bus/Large Van (seats for 9-15 occupants, including driver)
11 Bus (seats for more than 15 occupants, including driver)
77 Other, Explain in Narrative
88 Unknown

**Comm/Non-Commercial**

1 Interstate Carrier
2 Intrastate Carrier
3 Not in Commerce/Government
4 Not in Commerce/Other Truck

**Trailer Type**

TRAILER 1   TRAILER 2

1 Single Semi Trailer
2 Tandem Semi Trailer
3 Tank Trailer
4 Saddle Mount/Trailer
5 Boat Trailer
6 Utility Trailer
7 House Trailer

8 Pole Trailer
9 Towed Vehicle
10 Auto Transport
77 Other, Explain in Narrative
88 Unknown

**Cargo Body Type** 1 No Cargo   2 Bus

1 No Cargo
2 Bus
3 Van/Enclosed Box
4 Hopper
5 Pole-Trailer
6 Cargo Tank
7 Flatbed
8 Dump
9 Concrete Mixer
10 Auto Transport
11 Garbage/Refuse
12 Log

13 Intermodal Container Chassis
14 Vehicle Towing Another Vehicle
15 Not Applicable (vehicle 10,000 lbs (4,536kg) or less not displaying HM placard)
77 Other, Explain in Narrative
88 Unknown

**Comm GVWR/GCWR**

1 10,000 lbs (4,536 kg) or less
2 10,001-26,000 lbs (4,536-11,793 kg)
3 More than 26,000 lbs (11,793 kg)
4 Not Applicable

**Most Harmful Event** 14

**Non-Collision**

1 Overturn/Rollover
2 Fire/Explosion
3 Immersion
4 Jackknife
5 Cargo/Equipment Loss or Shift
6 Fell/Jumped From Motor Vehicle
7 Thrown or Falling Object
8 Ran into Water/Canal
9 Other Non-Collision

**Sequence of Events**
1st 14   2nd
3rd   4th

[40-46 Sequence of Events only]
40 Equipment Failure (blown tire, brake failure, etc.)
41 Separation of Units
42 Ran Off Roadway, Right
43 Ran Off Roadway, Left
44 Cross Median
45 Cross Centerline
46 Downhill Runaway

**Collision with Non-Fixed Object**

10 Pedestrian
11 Pedalcycle
12 Railway Vehicle (train, engine)
13 Animal
14 Motor Vehicle in Transport
15 Parked Motor Vehicle
16 Work Zone/Maintenance
17 Struck By Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
18 Other Non-Fixed Object

**Collision Fixed Object**

19 Impact Attenuator/Crash Cushion
20 Bridge Overhead Structure
21 Bridge Pier or Support
22 Bridge Rail
23 Culvert
24 Curb
25 Ditch
26 Embankment
27 Guardrail Face
28 Guardrail End

29 Cable Barrier
30 Concrete Traffic Barrier
31 Other Traffic Barrier
32 Tree (standing)
33 Utility Pole/Light Support
34 Traffic Sign Support
35 Traffic Signal Support
36 Other Post, Pole, or Support
37 Fence
38 Mailbox
39 Other Fixed Object (wall, building, tunnel, etc.)

**Emergency Vehicle Use** 1

1 No
2 Yes
88 Unknown

**Roadway Grade** 1

1 Level
2 Hillcrest
3 Uphill
4 Downhill
5 Sag (bottom)

**Roadway Alignment** 1

1 Straight
2 Curve Right
3 Curve Left

**Vehicle Maneuver Action** 1

1 Straight Ahead
2 Overturn/Rollover
3 Backing
4 Backing
5 Turning Right
6 Changing Lanes
8 Parked
10 Making U-Turn
11 Overtaking/Passing

14 Stopped in Traffic
14 Slowing
15 Negotiating a Curve
16 Leaving Traffic Lane
17 Entering Traffic Lane
77 Other, Explain in Narrative
88 Unknown

**Traffic Control Device For This Vehicle** 5

1 No Controls
2 School Zone Sign/Device
3 Traffic Control Signal
6 Stop Sign
9 Yield Sign

8 Flashing Signal
9 Railway Crossing Device
10 Person (including Flagman, Officer, Guard, etc.)
13 Warning Sign
77 Other, Explain in Narrative
88 Unknown

**Vehicle Defects** 1

1 None
2 Brakes
3 Tires
4 Lights (head, signal, tail)
6 Steering
7 Wipers
9 Exhaust System
10 Body, Doors
11 Power Train

12 Suspension
13 Wheels
14 Windows/Windshield
15 Mirrors
16 Truck Coupling/Trailer Hitch/Safety Chains
77 Other, Explain in Narrative
88 Unknown

**Special Function of Motor Vehicle** 1

1 No Special Function
2 Farm Vehicle
3 Police
7 Taxi
8 Military

9 Ambulance
10 Fire Truck
11 Farm Labor Transport
12 School Bus
13 Transit/Commuter Bus

14 Intercity Bus
15 Charter/Tour Bus
16 Shuttle Bus
17 Farm Labor Bus
88 Unknown

**VIOLATIONS**

| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| 1 | | 316.1925.1 non-ucr | Careless Driving | |
| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
| | | | | |
| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
| | | | | |

| VEHICLE # | 2 | Check if Commercial | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|

| 1 Vehicle in Transport<br>2 Parked Motor Vehicle<br>3 Working Vehicle | 1 | VEHICLE LICENSE NUMBER | STATE<br>FL | REGISTRATION EXPIRES<br>01/25/18 | Check if Permanent<br>Registration | X | VIN |
|---|---|---|---|---|---|---|---|

| Hit and Run<br>1 No<br>2 Yes<br>88 Unknown | 1 | YEAR<br>2015 | MAKE<br>Chevrolet | MODEL | STYLE<br>Sport Utility | COLOR<br>Blue | DAMAGE:<br>1 Disabling  4 Minor<br>2 Functional  88 Unknown<br>3 None | 1 | EST. AMOUNT<br>5000 |
|---|---|---|---|---|---|---|---|---|---|

| INSURANCE COMPANY<br>State Farm | INSURANCE POLICY NUMBER<br>9676185-A31-59E 4 | Towed due<br>to Damage:<br>1 No  2 Yes | 2 | VEHICLE REMOVED BY<br>SAXONS TOWING | 1 Rotation<br>2 Owner Request<br>3 Driver<br>77 Other, Explain in Narrative | 1 |
|---|---|---|---|---|---|---|

| NAME OF VEHICLE OWNER   (Check if Business) ☐ | CURRENT ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|

| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent<br>Registration | VIN | YEAR | MAKE | LENGTH | AXLES |
|---|---|---|---|---|---|---|---|---|---|

| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent<br>Registration | VIN | YEAR | MAKE | LENGTH | AXLES |
|---|---|---|---|---|---|---|---|---|---|

| VEHICLE<br>TRAVELING | N   S   E<br>W   Off-Road   Unknown | X | ON STREET, ROAD, HIGHWAY<br>State Highway 100 | AT EST. SPEED<br>0 | POSTED SPEED<br>55 | TOTAL LANES<br>4 |
|---|---|---|---|---|---|---|

| HAZ. MAT. RELEASED<br>1 No<br>2 Yes<br>88 Unknown | HAZ. MAT PLACARD<br>1 No<br>2 Yes<br>88 Unknown | HAZ. MAT. NUMBER | HAZ. MAT. CLASS | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|---|---|

18 Undercarriage
19 Overturn
20 Windshield
21 Trailer

| MOTOR CARRIER NAME | US DOT NUMBER |
|---|---|

| MOTOR CARRIER ADDRESS | CITY & STATE | ZIP CODE | PHONE NUMBER |
|---|---|---|---|

**Vehicle Body Type** — 16

1 Passenger Car
2 Passenger Van
3 Pickup
6 Motor Home
7 Motor Home
8 Bus
11 Motorcycle
12 Moped
13 All Terrain Vehicle (ATV)
15 Low Speed Vehicle
16 (Sport) Utility Vehicle
17 Cargo Van (10,000 lbs (4,536 kg) or less)
18 Motor Coach
19 Other Light Trucks (10,000 lbs (4,536 kg) or less)
20 Medium/Heavy Trucks (more than 10,000 lbs (4,536 kg))
21 Farm Labor Vehicle
77 Other, Explain in Narrative

**Trafficway** — 4

1 Two-Way, Not Divided
2 Two-Way, Not Divided, with a Continuous Left Turn Lane
3 Two-Way, Divided, Unprotected (painted >4 feet) Median
4 Two-Way, Divided, Positive Median Barrier
5 One-Way Trafficway
88 Unknown

**Commercial Motor Vehicle Configuration**

1 Vehicle 10,000 lbs or less Placarded for Hazardous Materials
2 Single-Unit Truck (2-axle and GVWR more than 10,000 lbs (4,536 kg))
3 Single-Unit Truck (3 or more axles)
4 Truck Pulling Trailer(s)
5 Truck Tractor (bobtail)
6 Truck Tractor/Semi-Trailer
7 Truck Tractor/Double
8 Truck Tractor/Triple
9 Truck more than 10,000 lbs (4,536 kg), Cannot Classify
10 Bus/Large Van (seats for 9-15 occupants, including driver)
11 Bus (seats for more than 15 occupants, including driver)
77 Other, Explain in Narrative
88 Unknown

**Trailer Type**

| TRAILER 1 | TRAILER 2 |
|---|---|

1 Single Semi-Trailer
2 Tandem Semi-Trailer
3 Tank Trailer
4 Saddle Mount/Trailer
5 Boat Trailer
6 Utility Trailer
7 House Trailer
8 Pole Trailer
9 Towed Vehicle
10 Auto Transport
77 Other, Explain in Narrative
88 Unknown

**Cargo Body Type**

3 Van/Enclosed Box
4 Hopper
5 Pole-Trailer
6 Cargo Tank
7 Flatbed
8 Dump
9 Concrete Mixer
10 Auto Transport
11 Garbage/Refuse
12 Log
13 Intermodal Container Chassis
14 Vehicle Towing Another Vehicle
15 Not Applicable (vehicle 10,000 lbs (4,536kg) or less not displaying HM placard)
77 Other, Explain in Narrative
88 Unknown

1 No Cargo
2 Bus

**Comm/Non-Commercial**

1 Interstate Carrier
2 Intrastate Carrier
3 Not in Commerce/Government
4 Not in Commerce/Other Truck

**Comm GVWR/GCWR**

1 10,000 lbs (4,536 kg) or less
2 10,001-26,000 lbs (4,536-11,793 kg)
3 More than 26,000 lbs (11,793 kg)
4 Not Applicable

**Most Harmful Event** — 14

**Non-Collision**

1 Overturn/Rollover
2 Fire/Explosion
3 Immersion
4 Jackknife
5 Cargo/Equipment Loss or Shift
6 Fell/Jumped From Motor Vehicle
7 Thrown or Falling Object
8 Ran into Water/Canal
9 Other Non-Collision

[40-46 Sequence of Events only]
40 Equipment Failure (blown tire, brake failure, etc.)
41 Separation of Units
42 Ran Off Roadway, Right
43 Ran Off Roadway, Left
44 Cross Median
45 Cross Centerline
46 Downhill Runaway

**Collision with Non-Fixed Object**

10 Pedestrian
11 Pedalcycle
12 Railway Vehicle (train, engine)
13 Animal
14 Motor Vehicle in Transport
15 Parked Motor Vehicle
16 Work Zone/Maintenance
17 Struck By Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
18 Other Non-Fixed Object

**Collision Fixed Object**

19 Impact Attenuator/Crash Cushion
20 Bridge Overhead Structure
21 Bridge Pier or Support
22 Bridge Rail
23 Culvert
24 Curb
25 Ditch
26 Embankment
27 Guardrail Face
28 Guardrail End
29 Cable Barrier
30 Concrete Traffic Barrier
31 Other Traffic Barrier
32 Tree (standing)
33 Utility Pole/Light Support
34 Traffic Sign Support
35 Traffic Signal Support
36 Other Post, Pole, or Support
37 Fence
38 Mailbox
39 Other Fixed Object (wall, building, tunnel, etc.)

**Sequence of Events** — 14

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| 14 | | | |

**Emergency Vehicle Use** — 1

1 No
2 Yes
88 Unknown

**Vehicle Maneuver Action** — 13

1 Straight Ahead
2 Turning Left
4 Backing
5 Turning Right
6 Changing Lanes
8 Parked
10 Making U-Turn
17 Overtaking/Passing
13 Stopped in Traffic
14 Slowing
15 Negotiating a Curve
16 Leaving Traffic Lane
17 Entering Traffic Lane
77 Other, Explain in Narrative
88 Unknown

**Traffic Control Device For This Vehicle** — 5

1 No Controls
4 School Zone Sign/ Device
5 Traffic Control Signal
6 Stop Sign
7 Yield Sign
8 Flashing Signal
9 Railway Crossing Device
10 Person (including Flagman, Officer, Guard, etc.)
13 Warning Sign
77 Other, Explain in Narrative
88 Unknown

**Vehicle Defects** — 1

1 None
2 Brakes
3 Tires
4 Lights (head, signal, tail)
6 Steering
7 Wipers
8 Exhaust System
10 Body, Doors
11 Power Train
12 Suspension
13 Wheels
14 Windows/Windshield
15 Mirrors
16 Truck Coupling/Trailer Hitch/Safety Chains
77 Other, Explain in Narrative

**Roadway Grade** — 1

1 Level
2 Hillcrest
3 Uphill
4 Downhill
5 Sag (bottom)

**Roadway Alignment** — 1

1 Straight
2 Curve Right
3 Curve Left

**Special Function of Motor Vehicle** — 1

1 No Special Function
2 Farm Vehicle
3 Police
7 Taxi
8 Military
9 Ambulance
10 Fire Truck
11 Farm Labor Transport
12 School Bus
13 Transit/Commuter Bus
14 Intercity Bus
15 Charter/Tour Bus
16 Shuttle Bus
17 Farm Labor Bus
88 Unknown

## VIOLATIONS

| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |

| VEHICLE # | 3 | Check if Commercial | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|

| 1 Vehicle in Transport<br>2 Parked Motor Vehicle<br>3 Working Vehicle | 1 | VEHICLE LICENSE NUMBER | STATE<br>FL | REGISTRATION EXPIRES<br>12/31/17 | Check if Permanent<br>Registration | VIN |
|---|---|---|---|---|---|---|

| Hit and Run<br>1 No<br>2 Yes<br>88 Unknown | 1 | YEAR<br>2008 | MAKE<br>Ford | MODEL<br>F-150 | STYLE<br>Pick Up Truck | COLOR<br>Blue | DAMAGE:<br>1 Disabling    4 Minor<br>2 Functional   88 Unknown<br>3 None | 2 | EST. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

| INSURANCE COMPANY<br>UNK | INSURANCE POLICY NUMBER | Towed due<br>to Damage:<br>1 No 2 Yes | 1 | VEHICLE REMOVED BY | 1 Rotation<br>2 Owner Request<br>3 Driver<br>77 Other, Explain in Narrative | 3 |
|---|---|---|---|---|---|---|

| NAME OF VEHICLE OWNER    (Check if Business) | CURRENT ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|

| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent<br>Registration | VIN | YEAR | MAKE | LENGTH | AXLES |
|---|---|---|---|---|---|---|---|---|---|

| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent<br>Registration | VIN | YEAR | MAKE | LENGTH | AXLES |
|---|---|---|---|---|---|---|---|---|---|

| VEHICLE<br>TRAVELING | N   S   E   W   Off-Road   Unknown<br>X | ON STREET, ROAD, HIGHWAY<br>State Road 100 | AT EST. SPEED<br>0 | POSTED SPEED<br>55 | TOTAL LANES<br>3 |
|---|---|---|---|---|---|

| HAZ. MAT. RELEASED<br>1 No<br>2 Yes<br>88 Unknown | HAZ. MAT PLACARD<br>1 No<br>2 Yes<br>88 Unknown | HAZ. MAT. NUMBER | HAZ. MAT. CLASS | Area of Initial Impact | | Most Damaged Area |
|---|---|---|---|---|---|---|

18 Undercarriage
19 Overturn
20 Windshield
21 Trailer

| MOTOR CARRIER NAME | US DOT NUMBER |
|---|---|

| MOTOR CARRIER ADDRESS | CITY & STATE | ZIP CODE | PHONE NUMBER |
|---|---|---|---|

### Vehicle Body Type

**3**

1 Passenger Car
4 Passenger Van
3 Pickup
6 Motor Home
7 Motor Bus
8 Bus
11 Motorcycle
12 Moped
13 All Terrain Vehicle (ATV)

15 Low Speed Vehicle
16 (Sport) Utility Vehicle
17 Cargo Van (10,000 lbs (4,536 kg) or less)
18 Motor Coach
19 Other Light Trucks (10,000 lbs (4,536 kg) or less)
20 Medium/Heavy Trucks (more than 10,000 lbs (4,536 kg))
21 Farm Labor Vehicle
77 Other, Explain in Narrative

### Trafficway

**1**

1 Two-Way, Not Divided
2 Two-Way, Not Divided, with a Continuous Left Turn Lane
3 Two-Way, Divided, Unprotected (painted >4 Feet) Median
4 Two-Way, Divided, Positive Median Barrier
5 One-Way Trafficway
88 Unknown

### Commercial Motor Vehicle Configuration

**1**

1 Vehicle 10,000 lbs or less Placarded for Hazardous Materials
2 Single-Unit Truck (2-axle and GVWR more than 10,000 lbs (4,536 kg))
3 Single-Unit Truck (3 or more axles)
4 Truck Pulling Trailer(s)
5 Truck Tractor (bobtail)
6 Truck Tractor/Semi-Trailer
7 Truck Tractor/Double

8 Truck Tractor/Triple
9 Truck more than 10,000 lbs (4,536 kg), Cannot Classify
10 Bus/Large Van (seats for 9-15 occupants, including driver)
11 Bus (seats for more than 15 occupants, including driver)
77 Other, Explain in Narrative
88 Unknown

### Trailer Type

| TRAILER 1 | TRAILER 2 |
|---|---|

1 Semi-Trailer
2 Tandem Semi Trailer
3 Tank Trailer
4 Saddle Mount/Trailer
5 Boat Trailer
6 Utility Trailer
7 House Trailer

8 Pole Trailer
9 Towed Vehicle
10 Auto Transport
77 Other, Explain in Narrative
88 Unknown

### Cargo Body Type

3 Van/Enclosed Box
4 Hopper
5 Pole-Trailer
6 Cargo Tank
7 Flatbed
8 Dump
9 Concrete Mixer
10 Auto Transport
11 Garbage/Refuse
12 Log

13 Intermodal Container Chassis
14 Vehicle Towing Another Vehicle
15 Not Applicable (vehicle 10,000 lbs (4,536kg) or less not displaying HM placard)
77 Other, Explain in Narrative
88 Unknown

### Comm/Non-Commercial

1 Interstate Carrier
2 Intrastate Carrier
3 Not in Commerce/Government
4 Not in Commerce/Other Truck

### Comm GVWR/GCWR

1 No Cargo
2 Bus

1 10,000 lbs (4,536 kg) or less
2 10,001-26,000 lbs (4,536-11,793 kg)
3 More than 26,000 lbs (11,793 kg)
4 Not Applicable

### Most Harmful Event

**14**

**Non-Collision**
1 Overturn/Rollover
2 Fire/Explosion
3 Immersion
4 Jackknife
5 Cargo/Equipment Loss or Shift
6 Fell/Jumped From Motor Vehicle
7 Thrown or Falling Object
8 Ran into Water/Canal
9 Other Non-Collision

### Sequence of Events

| 1st | 2nd |
|---|---|
| 14 | |
| 3rd | 4th |
| | |

[40-46 Sequence of Events only]
40 Equipment Failure (blown tire, brake failure, etc.)
41 Separation of Units
42 Ran Off Roadway, Right
43 Ran Off Roadway, Left
44 Cross Median
45 Cross Centerline
46 Downhill Runaway

**Collision with Non-Fixed Object**
10 Pedestrian
11 Pedalcycle
12 Railway Vehicle (train, engine)
13 Animal
14 Motor Vehicle in Transport
15 Parked Motor Vehicle
16 Work Zone/Maintenance
17 Struck By Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
18 Other Non-Fixed Object

**Collision Fixed Object**
19 Impact Attenuator/Crash Cushion
20 Bridge Overhead Structure
21 Bridge Pier or Support
22 Bridge Rail
23 Culvert
24 Curb
25 Ditch
26 Embankment
27 Guardrail Face
28 Guardrail End

29 Cable Barrier
30 Concrete Traffic Barrier
31 Other Traffic Barrier
32 Tree (standing)
33 Utility Pole/Light Support
34 Traffic Sign Support
35 Traffic Signal Support
36 Other Post, Pole, or Support
37 Fence
38 Mailbox
39 Other Fixed Object (wall, building, tunnel, etc.)

### Emergency Vehicle Use

**1**

1 No
2 Yes
88 Unknown

### Roadway Grade

**1**

1 Level
2 Hillcrest
3 Uphill
4 Downhill
5 Sag (bottom)

### Roadway Alignment

**1**

1 Straight
2 Curve Right
3 Curve Left

### Vehicle Maneuver Action

**13**

1 Straight Ahead
2 Turning Left
3 Turning Right
4 Backing
5 Turning Right
6 Changing Lanes
8 Parked
9 Ambulance
10 Making U-Turn
11 Overtaking/Passing

10 Stopped in Traffic
11 Slowing
12 Negotiating a Curve
13 Leaving Traffic Lane
14 Leaving Traffic Lane
17 Entering Traffic Lane
77 Other, Explain in Narrative
88 Unknown

### Traffic Control Device For This Vehicle

**5**

1 No Controls
2 School Zone Sign/Device
3 Traffic Control Signal
6 Stop Sign
7 Yield Sign

8 Flashing Signal
9 Railway Crossing Device
10 Person (including Flagman, Officer, Guard, etc.)
13 Warning Sign
77 Other, Explain in Narrative
88 Unknown

### Vehicle Defects

**1**

1 None
2 Brakes
3 Tires
4 Lights (head, signal, tail)
5 Steering
7 Wipers
8 Exhaust System
10 Body, Doors
11 Power Train

12 Suspension
13 Wheels
14 Windows/Windshield
15 Mirrors
16 Truck Coupling/Trailer Hitch/Safety Chains
77 Other, Explain in Narrative
88 Unknown

### Special Function of Motor Vehicle

**1**

1 No Special Function
2 Farm Vehicle
3 Police
7 Taxi
8 Military

9 Ambulance
10 Fire Truck
11 Farm Labor Transport
12 School Bus
13 Transit/Commuter Bus

14 Intercity Bus
15 Charter/Tour Bus
16 Shuttle Bus
17 Farm Labor Bus
88 Unknown

### VIOLATIONS

| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |

**PERSON #** 1

| REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|

1 Driver
2 Non-Motorist  **1**
3 Passenger

**VEHICLE #** 1   NAME

PHONE NUMBER   Check if Recommend Driver Re-exam

CURRENT ADDRESS (Number and Street)   CITY & STATE   ZIP CODE **32110**

DATE OF BIRTH   SEX: 1 Male 2 Female 88 Unknown **2**   DRIVER LICENSE NUMBER   STATE **FL**   EXPIRES **10/09/24**   INJURY SEVERITY (INJ) 1 None 2 Possible 3 Non-incapacitating 4 Incapacitating 5 Fatal (within 30 days) 6 Non-Traffic Fatality **2**

## DRIVER

**DL Type** **5** (1 A 2 B 3 C, 4 D/Chauffeur, 5 E/Operator, 6 E/Oper – Rest, 7 None)

**Required Endorsements** **3** (1 Yes, 2 No, 3 No Req. Endorsement)

**Driver's Actions at Time of Crash**
1st **10**   2nd **2**   3rd   4th

1 No Contributing Action; 2 Operated MV in Careless or Negligent Manner; 3 Failed to Yield Right-of-Way; 4 Improper Backing; 5 Improper Turn; 6 Followed too Closely; 10 Ran Red Light; 12 Drove too Fast for Conditions; 13 Ran Stop Sign; 15 Improper Passing; 17 Exceeded Posted Speed; 21 Wrong Side of Wrong Way; 25 Failed to Keep in Proper Lane; 26 Ran off Roadway; 27 Disregarded other Traffic Sign; 28 Disregarded Other Road Markings; 29 Over-Correcting/Over-Steering; 30 Swerved or Avoided : Due to Wind, Slippery Surface, MV, Object, Non-Motorist in Roadway, etc.; 31 Operated MV in Erratic, Reckless or Aggressive Manner; 77 Other Contributing Action

**Condition At Time of Crash** **1** (1 Apparently Normal; 2 Asleep or Fatigued; 3 Ill (sick) or Fainted; 4 Seizure, Epilepsy, Blackout; 5 Physically Impaired; 6 Emotional (depression, angry, disturbed, etc.); 9 Under the Influence of Medications/Drugs/Alcohol; 77 Other, Explain in Narrative)

**Driver Distracted By** **1** (1 Not Distracted; 2 Electronic Communication Devices (cell phone, etc.); 3 Other Electronic Device (navigation device, DVD player); 4 Other Inside the Vehicle; 5 External Distraction; 7 Texting; 7 Inattentive; 88 Unknown)

**Driver Vision Obstructions** **1** (1 Vision Not Obscured; 2 Inclement Weather; 3 Parked/Stopped Vehicle; 4 Trees/Crops/Bushes; 5 Load on Vehicle; 6 Building/Fixed Object; 7 Signs/Billboards; 8 Fog; 9 Smoke; 10 Glare; 77 All Other, Explain in Narrative)

## DRIVER OR PASSENGER

**Helmet Use (HU)** **3** (1 DOT-Compliant Motorcycle Helmet; 2 Other Helmet; 3 No Helmet)

**Eye Protection (EP)** **3** (1 Yes; 2 No; 3 Not Applicable)

**Restraint Systems (RS)** **3** (1 Not Applicable; 2 None Used - Motor Vehicle Occupant; 3 Shoulder and Lap Belt Used; 4 Shoulder Belt Only Used; 5 Lap Belt Only Used; 6 Restraint Used - Type Unknown; 7 Child Restraint System - Forward Facing; 8 Child Restraint System - Rear Facing; 9 Booster Seat; 10 Child Restraint Type Unknown; 88 Unknown)

**Motor Vehicle Seating Position:**
LOCATION: SEAT **1** ROW **1** OTHER **1**

Seat: 1 Left, 2 Middle, 3 Right, 77 Other, 88 Unknown
Row: 1 Front, 2 Second, 3 Third, 4 Fourth, 77 Other Row, 88 Unknown
Other: 1 Not Applicable, 2 Sleeper Section of Truck Cab, 3 Other Enclosed Cargo Area, 4 Unenclosed Cargo Area, 5 Trailing Unit, 6 Riding on Motor Vehicle Exterior, 88 Unknown

**Ejection (EJECT)** **1** (1 Not Ejected; 2 Ejected, Totally; 3 Ejected, Partially; 4 Not Applicable; 88 Unknown)

**Air Bag Deployed (ABD)** **3** (1 Not Applicable; 2 Not Deployed; 3 Deployed-Front; 4 Deployed-Side; 5 Deployed-Other; 6 Deployed-Combination; 7 Deployed-Curtain; 88 Deployment Unknown)

## NON-MOTORIST

**Non-Motorist Description** (1 Pedestrian; 2 Other Pedestrian; 3 Bicyclist; 4 Other Cyclist; 5 Occupant of Motor Vehicle Not in Transport; 6 Occupant of a Non-Motor Vehicle Transportation Device; 7 Unknown Type of Non-Motorist)

**Non-Motorist Location At Time of Crash** (1 Intersection - Marked Crosswalk; 2 Intersection - Unmarked Crosswalk; 3 Intersection – Other; 4 Midblock - Marked Crosswalk; 5 Travel Lane - Other Location; 6 Bicycle Lane; 7 Shoulder/Roadside; 8 Sidewalk; 9 Median/Crossing Island; 10 Driveway Access; 11 Shared-Use Path or Trail; 12 Non-Trafficway Area; 77 Other, Explain in Narrative; 88 Unknown)

**Action Prior to Crash** (1 Crossing Roadway; 2 Waiting to Cross Roadway; 3 Walking/Cycling Along Roadway with Traffic; 4 Walking/Cycling Along Roadway Against Traffic; 5 Walking/Cycling on Sidewalk; 6 In Roadway – Other; 7 Adjacent to Roadway; 8 Going to or from School (K-12); 9 Working in Trafficway; 10 None; 77 Other, Explain in Narrative; 88 Unknown)

**Non-Motorist Actions/Circumstances**
1st   2nd
(1 No Improper Action; 2 Dart/Dash; 3 Failure to Yield Right-of-Way; 4 Failure to Obey Traffic Signs, Signals, or Officer; 5 In Roadway Improperly; 6 Disabled Vehicle Related; 7 Entering/Exiting Parked/Standing Vehicle; 8 Inattentive; 9 Not Visible; 10 Improper Turn/Merge; 11 Improper Passing; 12 Wrong-Way Riding or Walking; 77 Other, Explain in Narrative; 88 Unknown)

**Safety Equipment** (1 None; 2 Helmet; 3 Protective Pads Used; 4 Reflective Clothing; 5 Lighting; 6 Not Applicable; 77 Other, Explain in Narrative; 88 Unknown)

## ALCOHOL/DRUG/EMS

SUSPECTED ALCOHOL USE: 1 No 2 Yes 88 Unknown **88**
ALCOHOL TESTED: 1 Test Not Given 2 Test Refused 3 Test Given 88 Unknown, if Tested **1**
ALCOHOL TEST TYPE: 1 Blood 2 Breath 3 Urine 77 Other **1**
ALCOHOL TEST RESULT: 1 Pending 2 Completed 88 Unknown   BAC
SUSPECTED DRUG USE: 1 No 2 Yes 88 Unknown **88**
DRUG TESTED: 1 Test Not Given 2 Test Refused 3 Test Given 88 Unknown, if Tested **1**
DRUG TEST TYPE: 1 Blood 3 Urine 77 Other **1**
DRUG TEST RESULT: 1 Positive 2 Negative 3 Pending 88 Unknown

SOURCE OF TRANSPORT TO MEDICAL FACILITY: 1 Not Transported 2 EMS 3 Law Enforcement 77 Other **2**
EMS AGENCY NAME OR ID **Rescue 11**
EMS RUN NUMBER
MEDICAL FACILITY TRANSPORTED TO **FHF**

## ADDITIONAL PASSENGERS

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

CURRENT ADDRESS (Number and Street)   CITY & STATE   ZIP CODE
SOURCE OF TRANSPORT TO MEDICAL FACILITY: 1 Not Transported 2 EMS 3 Law Enforcement 77 Other   EMS AGENCY NAME OR ID   EMS RUN NUMBER   MEDICAL FACILITY TRANSPORTED TO

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

CURRENT ADDRESS (Number and Street)   CITY & STATE   ZIP CODE
SOURCE OF TRANSPORT TO MEDICAL FACILITY: 1 Not Transported 2 EMS 3 Law Enforcement 77 Other   EMS AGENCY NAME OR ID   EMS RUN NUMBER   MEDICAL FACILITY TRANSPORTED TO

HSMV 90010 S (V/P) (rev 06/13)

| PERSON # | 2 | | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|

**1 Driver** — **1**
2 Non-Motorist
3 Passenger

**VEHICLE #** — **2**

**NAME** ▅▅▅

**PHONE NUMBER** ▅▅▅

Check if
Recommend
Driver Re-exam ☐

**CURRENT ADDRESS (Number and Street)** ▅▅▅    **CITY & STATE** ▅▅▅    **ZIP CODE**

| DATE OF BIRTH ▅▅▅ | SEX: 1 Male 2 Female 88 Unknown — **1** | DRIVER LICENSE NUMBER ▅▅▅ | STATE **FL** | EXPIRES **01/25/20** | INJURY SEVERITY (INJ) 1 None 2 Possible 3 Non-incapacitating 4 Incapacitating 5 Fatal (within 30 days) 6 Non-Traffic Fatality — **1** |
|---|---|---|---|---|---|

## DRIVER

**DL Type** — **5**
1 A 2 B 3 C
4 D/Chauffeur
5 E/Operator
6 E/Oper – Rest
7 None

**Required Endorsements** — **3**
1 Yes
2 No
3 No Req. Endorsement

**Driver's Actions at Time of Crash**

**1st**
1 No Contributing Action
2 Operated MV in Careless or Negligent Manner
3 Failed to Yield Right-of-Way
4 Improper Backing
6 Improper Turn

**2nd**
10 Followed too Closely
11 Ran Red Light
12 Drove too Fast for Conditions
13 Ran Stop Sign
15 Improper Passing
17 Exceeded Posted Speed
22 Wrong Side of Wrong Way
25 Failed to Keep in Proper Lane

26 Ran off Roadway
27 Disregarded other Traffic Sign
28 Disregarded Other Road Markings
29 Over-Correcting/Over-Steering
30 Swerved or Avoided : Due to Wind, Slippery Surface, MV, Object, Non-Motorist in Roadway, etc.
31 Operated MV in Erratic, Reckless or Aggressive Manner
77 Other Contributing Action

**3rd**

**4th**

**Condition At Time of Crash** — **1**
1 Apparently Normal
2 Asleep or Fatigued
3 Ill (sick) or Fainted
6 Seizure, Epilepsy, Blackout
7 Physically Impaired
8 Emotional (depression, angry, disturbed, etc.)
9 Under the Influence of Medications/Drugs/Alcohol
77 Other, Explain in Narrative
88 Unknown

**Driver Distracted By** — **1**
1 Not Distracted
2 Electronic Communication Devices (cell phone, etc.)
3 Other Electronic Device (navigation device, DVD player)
4 Other Inside the Vehicle (explain in narrative)
5 External Distraction (outside the vehicle, explain in narrative)
6 Texting
7 Inattentive
88 Unknown

**Driver Vision Obstructions** — **1**
1 Vision Not Obscured
2 Inclement Weather
3 Parked/Stopped Vehicle
4 Trees/Crops/Bushes
5 Load on Vehicle
6 Building/Fixed Object
7 Signs/Billboards
8 Fog
9 Smoke
10 Glare
77 All Other, Explain in Narrative

## DRIVER OR PASSENGER

**Helmet Use (HU)** — **3**
1 DOT-Compliant Motorcycle Helmet
2 Other Helmet
3 No Helmet

**Eye Protection (EP)** — **3**
1 Yes
2 No
3 Not Applicable

**Restraint Systems (RS)** — **3**
1 Not Applicable
2 None Used - Motor Vehicle Occupant
3 Shoulder and Lap Belt Used
4 Shoulder Belt Only Used
5 Lap Belt Only Used
6 Restraint Used - Type Unknown
7 Child Restraint System - Forward Facing
8 Child Restraint System - Rear Facing
9 Booster Seat
10 Child Restraint Type Unknown
88 Unknown

## DRIVER OR PASSENGER

**Motor Vehicle Seating Position:**

**LOCATION:** SEAT ROW OTHER
(LOC) **1** **1** **1**

**Seat**
1 Left
2 Middle
3 Right
77 Other (explain in narrative)
88 Unknown

**Row**
1 Front
2 Second
3 Third
4 Fourth
77 Other Row
88 Unknown

**Other**
1 Not Applicable
2 Sleeper Section of Truck Cab
3 Other Enclosed Cargo Area
4 Unenclosed Cargo Area
5 Trailing Unit
6 Riding on Motor Vehicle Exterior (non-trailing unit)
88 Unknown

**Ejection (EJECT)** — **1**
1 Not Ejected
2 Ejected, Totally
3 Ejected, Partially
4 Not Applicable
88 Unknown

**Air Bag Deployed (ABD)** — **3**
1 Not Applicable
2 Not Deployed
3 Deployed-Front
4 Deployed-Side
5 Deployed-Other (knee, air belt, etc.)
6 Deployed-Combination
7 Deployed-Curtain
88 Deployment Unknown

## NON-MOTORIST

**Non-Motorist Description**
1 Pedestrian
2 Other Pedestrian (wheelchair, person in a building, skater, pedestrian conveyance, etc.)
3 Bicyclist
4 Other Cyclist
5 Occupant of a Non-Motor Vehicle Not in Transport (parked, etc.)
6 Occupant of a Motor Vehicle Transportation Device
7 Unknown Type of Non-Motorist

**Non-Motorist Location At Time of Crash**
1 Intersection - Marked Crosswalk
2 Intersection - Unmarked Crosswalk
3 Intersection – Other
4 Midblock - Marked Crosswalk
5 Travel Lane - Other Location
6 Bicycle Lane
7 Shoulder/Roadside
8 Sidewalk
9 Median/Crossing Island
10 Driveway Access
11 Shared-Use Path or Trail
12 Non-Trafficway Area
77 Other, Explain in Narrative
88 Unknown

**Action Prior to Crash**
1 Crossing Roadway
2 Waiting to Cross Roadway
3 Walking/Cycling Along Roadway with Traffic (in or adjacent to travel lane)
4 Walking/Cycling Along Roadway Against Traffic (in or adjacent to travel lane)
5 Walking/Cycling on Sidewalk
6 In Roadway – Other (working, playing, etc.)
7 Adjacent to Roadway (e.g., shoulder, median)
8 Going to or from School (K-12)
9 Working in Trafficway (incident response)
10 None
77 Other, Explain in Narrative
88 Unknown

**Non-Motorist Actions/Circumstances**

**1st**
1 No Improper Action
2 Dart/Dash
3 Failure to Yield Right-of-Way
4 Failure to Obey Traffic Signs, Signals, or Officer

**2nd**
5 In Roadway Improperly (standing, lying, working, playing)
6 Disabled Vehicle Related (working on, pushing, leaving/approaching)
7 Entering/Exiting Parked/Standing Vehicle
8 Inattentive (talking, eating, etc)
9 Not Visible (dark clothing, no lighting, etc.)
10 Improper Turn/Merge
11 Improper Passing
12 Wrong-Way Riding or Walking
77 Other, Explain in Narrative
88 Unknown

**Safety Equipment**
1 None
2 Helmet
3 Protective Pads Used (elbows, knees, shins, etc.)
4 Reflective Clothing (jacket, backpack, etc.)
5 Lighting
6 Not Applicable
77 Other, Explain in Narrative
88 Unknown

## ALCOHOL/DRUG/EMS

| SUSPECTED ALCOHOL USE: 1 No 2 Yes 88 Unknown — **1** | ALCOHOL TESTED: 1 Test Not Given 2 Test Refused 3 Test Given 88 Unknown, if Tested — **1** | ALCOHOL TEST TYPE: 1 Blood 2 Breath 3 Urine 77 Other, Explain in Narrative 88 Unknown | ALCOHOL TEST RESULT: 1 Pending 2 Completed 88 Unknown | BAC | SUSPECTED DRUG USE: 1 No 2 Yes 88 Unknown — **1** | DRUG TESTED: 1 Test Not Given 2 Test Refused 3 Test Given 88 Unknown, if Tested — **1** | DRUG TEST TYPE: 1 Blood 3 Urine 77 Other, Explain in Narrative | DRUG TEST RESULT: 1 Positive 2 Negative 3 Pending 88 Unknown |
|---|---|---|---|---|---|---|---|---|

| SOURCE OF TRANSPORT TO MEDICAL FACILITY 1 Not Transported 2 EMS 3 Law Enforcement 77 Other, Explain in Narrative 88 Unknown — **2** | EMS AGENCY NAME OR ID **Rescue 11** | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO **FHF** |
|---|---|---|---|

## ADDITIONAL PASSENGERS

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CURRENT ADDRESS (Number and Street)    CITY & STATE    ZIP CODE

| SOURCE OF TRANSPORT TO MEDICAL FACILITY 1 Not Transported 2 EMS 3 Law Enforcement 77 Other, Explain in Narrative 88 Unknown | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |
|---|---|---|---|

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CURRENT ADDRESS (Number and Street)    CITY & STATE    ZIP CODE

| SOURCE OF TRANSPORT TO MEDICAL FACILITY 1 Not Transported 2 EMS 3 Law Enforcement 77 Other, Explain in Narrative 88 Unknown | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |
|---|---|---|---|

HSMV 90010 S (V/P) (rev 06/13)

**PERSON #** 3

REPORTING AGENCY CASE NUMBER

HSMV CRASH REPORT NUMBER

1 Driver
2 Non-Motorist
3 Passenger → **1**

VEHICLE # **3**

NAME

PHONE NUMBER

Check if Recommend Driver Re-exam

CURRENT ADDRESS (Number and Street)

CITY & STATE

ZIP CODE

DATE OF BIRTH

SEX:
1 Male
2 Female
88 Unknown → **1**

DRIVER LICENSE NUMBER

STATE **FL**

EXPIRES **01/ 14/ 18**

INJURY SEVERITY (INJ)
1 None
2 Possible
3 Non-incapacitating
4 Incapacitating
5 Fatal (within 30 days)
6 Non-Traffic Fatality → **1**

## DRIVER

### DL Type
**5**
1 A   2 B   3 C
4 D/Chauffeur
5 E/Operator
6 E/Oper – Rest
7 None

### Required Endorsements
**3**
1 Yes
2 No
3 No Req. Endorsement

### Driver's Actions at Time of Crash
**1st**
1 No Contributing Action
2 Operated MV in Careless or Negligent Manner
3 Failed to Yield Right-of- Way
4 Improper Backing
6 Improper Turn
10 Followed too Closely
11 Ran Red Light
12 Drove Too Fast for Conditions
13 Ran Stop Sign
15 Improper Passing
17 Exceeded Posted Speed
21 Wrong Side of Wrong Way
25 Failed to Keep in Proper Lane
**2nd**
26 Ran off Roadway
27 Disregarded other Traffic Sign
28 Disregarded Other Road Markings
29 Over-Correcting/Over- Steering
30 Swerved or Avoided : Due to Wind, Slippery Surface, MV, Object, Non-Motorist in Roadway, etc.
31 Operated MV in Erratic, Reckless or Aggressive Manner
77 Other Contributing Action
**3rd**
**4th**

### Condition At Time of Crash
**1**
1 Apparently Normal
2 Asleep or Fatigued
3 Ill (sick) or Fainted
6 Seizure, Epilepsy, Blackout
7 Physically Impaired
8 Emotional (depression, angry, disturbed, etc.)
9 Under the Influence of Medications/Drugs/Alcohol
77 Other, Explain in Narrative
88 Unknown

### Driver Distracted By
**1**
1 Not Distracted
2 Electronic Communication Devices (cell phone, etc.)
3 Other Electronic Device (navigation device, DVD player)
4 Other Inside the Vehicle (explain in narrative)
5 External Distraction (outside the vehicle, explain in narrative)
6 Texting
7 Inattentive
88 Unknown

### Driver Vision Obstructions
**1**
1 Vision Not Obscured
2 Inclement Weather
3 Parked/Stopped Vehicle
4 Trees/Crops/Bushes
5 Load on Vehicle
6 Building/Fixed Object
7 Signs/Billboards
8 Fog
9 Smoke
10 Glare
77 All Other, Explain in Narrative

## DRIVER OR PASSENGER

### Helmet Use (HU)
1 DOT-Compliant Motorcycle Helmet
2 Other Helmet
3 No Helmet

### Eye Protection (EP)
1 Yes
2 No
3 Not Applicable

### Restraint Systems (RS)
**3**
1 Not Applicable
2 None Used - Motor Vehicle Occupant
3 Shoulder and Lap Belt Used
4 Shoulder Belt Only Used
5 Lap Belt Only Used
6 Restraint Used - Type Unknown
7 Child Restraint System - Forward Facing
8 Child Restraint System - Rear Facing
9 Booster Seat
10 Child Restraint Type Unknown
88 Unknown

## DRIVER OR PASSENGER

### Motor Vehicle Seating Position:

LOCATION: SEAT **1** ROW **1** OTHER (LOC)

**Seat**
1 Left
2 Middle
3 Right
77 Other (explain in narrative)
88 Unknown

**Row**
1 Front
2 Second
3 Third
4 Fourth
77 Other Row
88 Unknown

**Other**
1 Not Applicable
2 Sleeper Section of Truck Cab
3 Other Enclosed Cargo Area
4 Unenclosed Cargo Area
5 Trailing Unit
6 Riding on Motor Vehicle Exterior (non- trailing unit)
88 Unknown

### Ejection (EJECT)
**1**
1 Not Ejected
2 Ejected, Totally
3 Ejected, Partially
4 Not Applicable
88 Unknown

### Air Bag Deployed (ABD)
**2**
1 Not Applicable
2 Not Deployed
3 Deployed-Front
4 Deployed-Side
5 Deployed-Other (knee, air belt, etc.)
6 Deployed- Combination
7 Deployed-Curtain
88 Deployment Unknown

## NON-MOTORIST

### Non-Motorist Description
1 Pedestrian
2 Other Pedestrian (wheelchair, person in a building, skater, pedestrian conveyance, etc.)
3 Bicyclist
4 Other Cyclist
5 Occupant of Motor Vehicle Not in Transport (parked, etc.)
6 Occupant of a Non-Motor Vehicle Transportation Device
7 Unknown Type of Non-Motorist

### Non-Motorist Location at Time of Crash
1 Intersection - Marked Crosswalk
2 Intersection - Unmarked Crosswalk
3 Intersection – Other
4 Midblock - Marked Crosswalk
5 Travel Lane - Other Location
6 Bicycle Lane
7 Shoulder/Roadside
8 Sidewalk
9 Median/Crossing Island
10 Driveway Access
11 Shared-Use Path or Trail
12 Non-Trafficway Area
77 Other, Explain in Narrative
88 Unknown

### Action Prior to Crash
1 Crossing Roadway
2 Waiting to Cross Roadway
3 Walking/Cycling Along Roadway with Traffic (in or adjacent to travel lane)
4 Walking/Cycling Along Roadway Against Traffic (in or adjacent to travel lane)
5 Walking/Cycling on Sidewalk
6 In Roadway – Other (working, playing, etc.)
7 Adjacent to Roadway (e.g., shoulder, median)
8 Going to or from School (K-12)
9 Working in Trafficway (incident response)
10 None
77 Other, Explain in Narrative
88 Unknown

### Non-Motorist Actions/Circumstances
**1st**
1 No Improper Action
2 Dart/Dash
3 Failure to Yield Right-of-Way
4 Failure to Obey Traffic Signs, Signals, or Officer
5 In Roadway Improperly (standing, lying, working, playing)
6 Disabled Vehicle Related (working on, pushing, leaving/approaching)
**2nd**
7 Entering/Exiting Parked/Standing Vehicle
8 Inattentive (talking, eating, etc)
9 Not Visible (dark clothing, no lighting, etc.)
10 Improper Turn/Merge
11 Improper Passing
12 Wrong-Way Riding or Walking
77 Other, Explain in Narrative
88 Unknown

### Safety Equipment
1 None
2 Helmet
3 Protective Pads Used (elbows, knees, shins, etc.)
4 Reflective Clothing (jacket, backpack, etc.)
5 Lighting
6 Not Applicable
77 Other, Explain in Narrative
88 Unknown

## ALCOHOL/DRUG/EMS

SUSPECTED ALCOHOL USE:
1 No
2 Yes
88 Unknown → **1**

ALCOHOL TESTED:
1 Test Not Given
2 Test Refused
3 Test Given
88 Unknown, if Tested → **1**

ALCOHOL TEST TYPE:
1 Blood
2 Breath
3 Urine
77 Other, Explain in Narrative

ALCOHOL TEST RESULT:
1 Pending
2 Completed
3 Refused

BAC

SUSPECTED DRUG USE:
1 No
2 Yes
88 Unknown → **1**

DRUG TESTED:
1 Test Not Given
2 Test Refused
3 Test Given
88 Unknown, if Tested → **1**

DRUG TEST TYPE:
1 Blood
3 Urine
77 Other, Explain in Narrative

DRUG TEST RESULT:
1 Positive
2 Negative
3 Pending
88 Unknown

SOURCE OF TRANSPORT TO MEDICAL FACILITY
1 Not Transported
2 EMS   3 Law Enforcement
77 Other, Explain in Narrative   88 Unknown → **1**

EMS AGENCY NAME OR ID

EMS RUN NUMBER

MEDICAL FACILITY TRANSPORTED TO

## ADDITIONAL PASSENGERS

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |

CURRENT ADDRESS (Number and Street)   CITY & STATE   ZIP CODE

SOURCE OF TRANSPORT TO MEDICAL FACILITY
1 Not Transported
2 EMS   3 Law Enforcement
77 Other, Explain in Narrative   88 Unknown

EMS AGENCY NAME OR ID   EMS RUN NUMBER   MEDICAL FACILITY TRANSPORTED TO

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |

CURRENT ADDRESS (Number and Street)   CITY & STATE   ZIP CODE

SOURCE OF TRANSPORT TO MEDICAL FACILITY
1 Not Transported
2 EMS   3 Law Enforcement
77 Other, Explain in Narrative   88 Unknown

EMS AGENCY NAME OR ID   EMS RUN NUMBER   MEDICAL FACILITY TRANSPORTED TO

HSMV 90010 S (V/P) (rev 06/13)

| NARRATIVE | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|

V-2 and V-3 were stopped at the traffic light waiting for the traffic signal to turn green. Both vehicles were in the center lane to continue east bound on State Road 100. V1 was traveling east bound on State Road 100 in the center lane and the driver failed to stop at the red traffic light and collided with V2 in the rear center. This impact caused V2 to be pushed into V3 and collide with the left rear of the vehicle.

The drivers of V1 and V2 were transported to FHF by Rescue 11 for evaluation. The driver of V1 was issued a citation (██████) for careless driving.

## ADDITIONAL PASSENGERS

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CURRENT ADDRESS (Number and Street) | CITY & STATE | | | | | ZIP CODE | | | | | |

| SOURCE OF TRANSPORT TO MEDICAL FACILITY<br>1 Not Transported<br>2 EMS  3 Law Enforcement<br>77 Other, Explain in Narrative  88 Unknown | | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |
|---|---|---|---|---|

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CURRENT ADDRESS (Number and Street) | CITY & STATE | | | | | ZIP CODE | | | | | |

| SOURCE OF TRANSPORT TO MEDICAL FACILITY<br>1 Not Transported<br>2 EMS  3 Law Enforcement<br>77 Other, Explain in Narrative  88 Unknown | | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |
|---|---|---|---|---|

## ADDITIONAL VIOLATIONS

| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |

## REPORTING OFFICER

| ID/BADGE NUMBER | RANK & NAME | DEPARTMENT | FHP | SO | PD | OTHER |
|---|---|---|---|---|---|---|
| 345 | Deputy<br>Erik Raymond Pedersen | Flagler County | | X | | |

HSMV 90010 S (N/D) (rev 06/13)

## DIAGRAM

| | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|
| | ██████ | ██████ |



# EXHIBIT B

| llr-id | msp_all_prov | msp_mrd_id | msp_client | msp_memb_dob | msp_dos |
|---|---|---|---|---|---|
| LLR128963 | \|\|FL\|1769 E MOODY BLVD\|BUNNELL\|32110-5991\|BLDG 3\|3864377399\|3863134000\|000000202642\|FLAGLER COUNTY\|FIRE RESCUE\|1851400881\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |
| LLR128963 | \|\|FL\|1769 E MOODY BLVD\|BUNNELL\|32110-5991\|BLDG 3\|3864377399\|3863134000\|000000202642\|FLAGLER COUNTY\|FIRE RESCUE\|1851400881\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |
| LLR128963 | \|\|FL\|1769 E MOODY BLVD\|BUNNELL\|32110-5991\|BLDG 3\|3864377399\|3863134000\|000000202642\|FLAGLER COUNTY\|FIRE RESCUE\|1851400881\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |
| LLR128963 | \|\|FL\|1769 E MOODY BLVD\|BUNNELL\|32110-5991\|BLDG 3\|3864377399\|3863134000\|000000202642\|FLAGLER COUNTY\|FIRE RESCUE\|1851400881\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |
| LLR128963 | \|\|FL\|1769 E MOODY BLVD\|BUNNELL\|32110-5991\|BLDG 3\|3864377399\|3863134000\|000000202642\|FLAGLER COUNTY\|FIRE RESCUE\|1851400881\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |
| LLR128963 | \|\|FL\|1769 E MOODY BLVD\|BUNNELL\|32110-5991\|BLDG 3\|3864377399\|3863134000\|000000202642\|FLAGLER COUNTY\|FIRE RESCUE\|1851400881\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |
| LLR128963 | \|\|FL\|3865862010\|PALM COAST\|60 MEMORIAL MEDICAL PKWY\|BOGDANOVSKA\|1881834026\|32164-5980\|812432\|SUZANA\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |
| LLR128963 | \|\|FL\|1769 E MOODY BLVD\|BUNNELL\|32110-5991\|BLDG 3\|3864377399\|3863134000\|000000202642\|FLAGLER COUNTY\|FIRE RESCUE\|1851400881\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |
| LLR128963 | \|\|FL\|1769 E MOODY BLVD\|BUNNELL\|32110-5991\|BLDG 3\|3864377399\|3863134000\|000000202642\|FLAGLER COUNTY\|FIRE RESCUE\|1851400881\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |
| LLR128963 | \|\|FL\|PALM COAST\|60 MEMORIAL MEDICAL PKWY\|32164-5980\|ADVENTHEALTH P\|3865864620\|ALM COAST\|3865862000\|1679678486\|000000201470\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |
| LLR128963 | \|\|FL\|PALM COAST\|60 MEMORIAL MEDICAL PKWY\|32164-5980\|ADVENTHEALTH P\|3865864620\|ALM COAST\|3865862000\|1679678486\|000000201470\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |
| LLR128963 | \|\|FL\|PALM COAST\|60 MEMORIAL MEDICAL PKWY\|32164-5980\|ADVENTHEALTH P\|3865864620\|ALM COAST\|3865862000\|1679678486\|000000201470\|\| | ▇ | HFAP-HFAP | ▇ | 1/11/2017 |

| | | | | |
|---|---|---|---|---|
| LLR128963 | \|\|FL\|PALM COAST\|60 MEMORIAL MEDICAL PKWY\|32164-5980\|ADVENTHEALTH P\|3865864620\|ALM COAST\|3865862000\|1679678486\|000000201470\|\| | ███ | HFAP-HFAP | ███ | 1/11/2017 |
| LLR128963 | \|\|FL\|PALM COAST\|60 MEMORIAL MEDICAL PKWY\|32164-5980\|ADVENTHEALTH P\|3865864620\|ALM COAST\|3865862000\|1679678486\|000000201470\|\| | ███ | HFAP-HFAP | ███ | 1/11/2017 |
| LLR128963 | \|\|FL\|1588662183\|4077675028\|PEDRO\|RODRIGUEZ\|601 E ROLLINS ST\|000000245757\|32803-1248\|ORLANDO\|\| | ███ | HFAP-HFAP | ███ | 1/11/2017 |
| LLR128963 | \|\|FL\|1769 E MOODY BLVD\|BUNNELL\|32110-5991\|BLDG 3\|3864377399\|3863134000\|000000202642\|FLAGLER COUNTY\|FIRE RESCUE\|1851400881\|\| | ███ | HFAP-HFAP | ███ | 1/11/2017 |
| LLR128963 | \|\|FL\|1769 E MOODY BLVD\|BUNNELL\|32110-5991\|BLDG 3\|3864377399\|3863134000\|000000202642\|FLAGLER COUNTY\|FIRE RESCUE\|1851400881\|\| | ███ | HFAP-HFAP | ███ | 1/11/2017 |
| LLR128963 | \|\|FL\|3865862010\|PALM COAST\|60 MEMORIAL MEDICAL PKWY\|BOGDANOVSKA\|1881834026\|32164-5980\|812432\|SUZANA\|\| | ███ | HFAP-HFAP | ███ | 1/11/2017 |

| msp_cpt_code | msp_cpt_description | msp_bill_amount_value | msp_all_px | msp_all_dx | msp_dx_01 |
|---|---|---|---|---|---|
| A0428 | Bls [X] | 400 | \|\|A0428\|Bls [X]\|\| | \|\|S50812A\|V892XXA\|\| | S50.812A |
| A0425 | Ground mileage [X] | 13.3 | \|\|Ground mileage [X]\|A0425\|\| | \|\|S50812A\|V892XXA\|\| | S50.812A |
| A0428 | Bls [X] | 400 | \|\|A0428\|Bls [X]\|\| | \|\|S50812A\|V892XXA\|\| | S50.812A |
| A0425 | Ground mileage [X] | 13.3 | \|\|Ground mileage [X]\|A0425\|\| | \|\|S50812A\|V892XXA\|\| | S50.812A |
| A0428 | Bls [X] | 400 | \|\|A0428\|Bls [X]\|\| | \|\|S50812A\|V892XXA\|\| | S50.812A |
| A0425 | Ground mileage [X] | 13.3 | \|\|Ground mileage [X]\|A0425\|\| | \|\|S50812A\|V892XXA\|\| | S50.812A |
| 99284 | Emergency dept visit [A] | 646 | \|\|Emergency dept visit [A]\|99284\|\| | \|\|R0789\|\| | R07.89 |
| A0428 | Bls [X] | 400 | \|\|A0428\|Bls [X]\|\| | \|\|S50812A\|V892XXA\|\| | S50.812A |
| A0425 | Ground mileage [X] | 13.3 | \|\|Ground mileage [X]\|A0425\|\| | \|\|S50812A\|V892XXA\|\| | S50.812A |
|  |  | 1.95 | \|\|R0259\|\| | \|\|S299XXA\|I10\|\| | S29.9XXA |
| 84484 | Assay of troponin quant [X] | 288.44 | \|\|R0301\|Assay of troponin quant [X]\|84484\|\| | \|\|S299XXA\|I10\|\| | S29.9XXA |
| 71010 | Chest x-ray 1 view frontal [A] | 457.08 | \|\|71010\|R0324\|Chest x-ray 1 view frontal [A]\|\| | \|\|S299XXA\|I10\|\| | S29.9XXA |

| | | | | | |
|---|---|---|---|---|---|
| 99284 | Emergency dept visit  [A] | 1197.27 | \|\|R0450\|Emergency dept visit  [A]\|99284\|\| | \|\|S299XXA\|I10\|\| | S29.9XXA |
| 93005 | Electrocardiogram tracing [A] | 495.93 | \|\|R0730\|Electrocardiogram tracing [A]\|93005\|\| | \|\|S299XXA\|I10\|\| | S29.9XXA |
| 71010 | Chest x-ray 1 view frontal [A] | 28.14 | \|\|71010\|Chest x-ray 1 view frontal  [A]\|\| | \|\|R0600\|\| | R06.00 |
| A0428 | Bls  [X] | 400 | \|\|A0428\|Bls  [X]\|\| | \|\|S50812A\|V892XXA\|\| | S50.812A |
| A0425 | Ground mileage  [X] | 13.3 | \|\|Ground mileage  [X]\|A0425\|\| | \|\|S50812A\|V892XXA\|\| | S50.812A |
| 99284 | Emergency dept visit  [A] | 646 | \|\|Emergency dept visit  [A]\|99284\|\| | \|\|R0789\|\| | R07.89 |

| msp_dx_02 | msp_long_desc_01 | msp_long_desc_02 | msp_patient_id | msp_dat_paid_date |
|---|---|---|---|---|
| V89.2XXA | ICD10:Abrasion of left forearm, initial encounter | ICD10:Person injured in unspecified motor-vehicle accident, traffic, initial encounter | ■■■■ | 9/17/2017 |
| V89.2XXA | ICD10:Abrasion of left forearm, initial encounter | ICD10:Person injured in unspecified motor-vehicle accident, traffic, initial encounter | ■■■■ | 9/17/2017 |
| V89.2XXA | ICD10:Abrasion of left forearm, initial encounter | ICD10:Person injured in unspecified motor-vehicle accident, traffic, initial encounter | ■■■■ | 4/16/2017 |
| V89.2XXA | ICD10:Abrasion of left forearm, initial encounter | ICD10:Person injured in unspecified motor-vehicle accident, traffic, initial encounter | ■■■■ | 4/16/2017 |
| V89.2XXA | ICD10:Abrasion of left forearm, initial encounter | ICD10:Person injured in unspecified motor-vehicle accident, traffic, initial encounter | ■■■■ | 4/16/2017 |
| V89.2XXA | ICD10:Abrasion of left forearm, initial encounter | ICD10:Person injured in unspecified motor-vehicle accident, traffic, initial encounter | ■■■■ | 4/16/2017 |
|  | ICD10:Other chest pain |  | ■■■■ | 4/30/2017 |
| V89.2XXA | ICD10:Abrasion of left forearm, initial encounter | ICD10:Person injured in unspecified motor-vehicle accident, traffic, initial encounter | ■■■■ | 8/6/2017 |
| V89.2XXA | ICD10:Abrasion of left forearm, initial encounter | ICD10:Person injured in unspecified motor-vehicle accident, traffic, initial encounter | ■■■■ | 8/6/2017 |
| I10 | ICD10:Unspecified injury of thorax, initial encounter | ICD10:Essential (primary) hypertension | ■■■■ | 2/26/2017 |
| I10 | ICD10:Unspecified injury of thorax, initial encounter | ICD10:Essential (primary) hypertension | ■■■■ | 2/26/2017 |
| I10 | ICD10:Unspecified injury of thorax, initial encounter | ICD10:Essential (primary) hypertension | ■■■■ | 2/26/2017 |

| | | | | |
|---|---|---|---|---|
| I10 | ICD10:Unspecified injury of thorax, initial encounter | ICD10:Essential (primary) hypertension | ███ | 2/26/2017 |
| I10 | ICD10:Unspecified injury of thorax, initial encounter | ICD10:Essential (primary) hypertension | ███ | 2/26/2017 |
| | ICD10:Dyspnea, unspecified | | ███ | 1/29/2017 |
| V89.2XXA | ICD10:Abrasion of left forearm, initial encounter | ICD10:Person injured in unspecified motor-vehicle accident, traffic, initial encounter | ███ | 7/9/2017 |
| V89.2XXA | ICD10:Abrasion of left forearm, initial encounter | ICD10:Person injured in unspecified motor-vehicle accident, traffic, initial encounter | ███ | 7/9/2017 |
| | ICD10:Other chest pain | | ███ | 7/30/2017 |

# EXHIBIT C



January 7, 2022

**VIA U.S. CERTIFIED MAIL**

STATE FARM MUTUAL AUTOMOBILE INSURANCE
PO BOX 106140
ATLANTA GA 30348-6140

RE:   **OUR FILE NO.: LLR128963**
      **YOUR INSURED/ BENEFICIARY NAME:** ███████████
      **FILING NUMBER:** ███████
      **DOA: 1/11/2017**
      **TYPE OF LIEN/CLAIM:** MEDICARE/MEDICAID

**DEMAND LETTER PURSUANT TO:**
**Section 627.736, Florida Statutes**

To Whom It May Concern:

    MSP Recovery, LLC, acting on behalf of MSP Recovery Claims, Series, LLC – as assignee of Medicare and/or Medicaid claims, hereby places you on notice that pursuant to our client's rights as a Medicare and/or Medicaid Payers, exercise the same rights, as would Medicare and/or Medicaid. To the extent that our client has made payment for medical benefits, MSP Recovery hereby asserts its rights to seek reimbursement as a Medicare and/or Medicaid assignee.

    This document is a formal demand letter pursuant to Section 627.736(10), Florida Statutes, for the full payment of the attached amounts *(see attached itemized statement)*. Demand is hereby made for reimbursement for medical services and treatment provided to the above named insured for the dates of service commencing 1/11/2017 totaling $5,827.31 Currently, **$5,827.31** is due, less any applicable deductible. To date, or our client has received $0.00. If the above amounts have been paid or any of the above captioned information is not correct, please contact the undersigned.

    Section 627.736, Florida Statutes, provides you with an opportunity to pay the above claim in full within thirty (30) days of receipt of this letter, including a penalty of 10% of the overdue amount paid, subject to a maximum penalty of $250.00. Demand is also made for payment of prejudgment interest from the date the bills became overdue through the date of this letter in accordance with the interest rate established by Section 55.03, Florida Statutes. Payments are to be made to MSP Recovery for benefits, interest, penalty, and postage and must be mailed to the undersigned.

Additionally, pursuant to Sections 627.4137, 627.7401, 627.736(6)(d), Florida Statutes, and the policy that covers this loss, MSP Recovery requests a statement, under oath, of a corporate officer or the insurer's claims manager or superintendent, setting forth the following information with regard to each known policy of insurance, including excess or umbrella insurance:

(A) the name of the insurer,

(B) the name of each insured,

(C) the limits of liability coverage (including PIP and Med Pay coverage),

(D) a statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement,

(E) a copy of the policy, and

(F) any letters evidencing cancellation of the policy for any reason.

Please include a copy of the insured's PIP payout sheet and any explanation of benefits generated concerning the above-mentioned dates of service. All notices for Independent Medical Examination ("IME") appointments with proof of mailing, all medical reports done by IME or peer review doctors on behalf of the insurance company, all Examination Under Oath ("EUO") notices with proof of mailing, EUO transcription or recordings and all denial letters.

The undersigned hereby serves notice to all that this may result in a lien being asserted pursuant to 42 C.F.R. § 422.108(c). Notice is hereby given that as a secondary payer, any contractually required payment(s) for medical services and/or supplies should be made to MSP Recovery. Please make checks payable to and send to the address below. Please include a copy of the first page of this letter with your payment.

MSP Recovery Claims Series 44 LLC
2701 S Le Jeune Rd, Floor 10
Coral Gables, Fl 33134

Thank you for your anticipated cooperation and immediate response to our requests. Should you have any questions please contact the undersigned, do not contact the medical provider.

Sincerely,

MSP Recovery, LLC

| msp_mrd_id | msp_dos | A_SUBSCRIBER_Fname | A_SUBSCRIBER_Lname | G_PROVIDER_NPI | G_PROVIDER_FNAME |
|---|---|---|---|---|---|
| | 1/11/2017 | | | 1851400881 | FLAGLER COUNTY |
| | 1/11/2017 | | | 1851400881 | FLAGLER COUNTY |
| | 1/11/2017 | | | 1851400881 | FLAGLER COUNTY |
| | 1/11/2017 | | | 1851400881 | FLAGLER COUNTY |
| | 1/11/2017 | | | 1851400881 | FLAGLER COUNTY |
| | 1/11/2017 | | | 1851400881 | FLAGLER COUNTY |
| | 1/11/2017 | | | 1881834026 | SUZANA |
| | 1/11/2017 | | | 1851400881 | FLAGLER COUNTY |
| | 1/11/2017 | | | 1851400881 | FLAGLER COUNTY |
| | 1/11/2017 | | | 1679678486 | ADVENTHEALTH P |
| | 1/11/2017 | | | 1679678486 | ADVENTHEALTH P |
| | 1/11/2017 | | | 1679678486 | ADVENTHEALTH P |
| | 1/11/2017 | | | 1679678486 | ADVENTHEALTH P |
| | 1/11/2017 | | | 1679678486 | ADVENTHEALTH P |
| | 1/11/2017 | | | 1588662183 | PEDRO |
| | 1/11/2017 | | | 1851400881 | FLAGLER COUNTY |
| | 1/11/2017 | | | 1851400881 | FLAGLER COUNTY |
| | 1/11/2017 | | | 1881834026 | SUZANA |

| G_PROVIDER_ADDRESS1 | G_PROVIDER_ADDRESS2 | G_PROVIDER_CITY | G_PROVIDER_STATE | K_DiagnosisCode1 | K_DiagnosisCode2 |
|---|---|---|---|---|---|
| 1769 E MOODY BLVD | BLDG 3 | BUNNELL | FL | S50812A | V892XXA |
| 1769 E MOODY BLVD | BLDG 3 | BUNNELL | FL | S50812A | V892XXA |
| 1769 E MOODY BLVD | BLDG 3 | BUNNELL | FL | S50812A | V892XXA |
| 1769 E MOODY BLVD | BLDG 3 | BUNNELL | FL | S50812A | V892XXA |
| 1769 E MOODY BLVD | BLDG 3 | BUNNELL | FL | S50812A | V892XXA |
| 1769 E MOODY BLVD | BLDG 3 | BUNNELL | FL | S50812A | V892XXA |
| 60 MEMORIAL MEDICAL PKWY | | PALM COAST | FL | R0789 | |
| 1769 E MOODY BLVD | BLDG 3 | BUNNELL | FL | S50812A | V892XXA |
| 1769 E MOODY BLVD | BLDG 3 | BUNNELL | FL | S50812A | V892XXA |
| 60 MEMORIAL MEDICAL PKWY | | PALM COAST | FL | S299XXA | I10 |
| 60 MEMORIAL MEDICAL PKWY | | PALM COAST | FL | S299XXA | I10 |
| 60 MEMORIAL MEDICAL PKWY | | PALM COAST | FL | S299XXA | I10 |
| 60 MEMORIAL MEDICAL PKWY | | PALM COAST | FL | S299XXA | I10 |
| 601 E ROLLINS ST | | ORLANDO | FL | R0600 | |
| 1769 E MOODY BLVD | BLDG 3 | BUNNELL | FL | S50812A | V892XXA |
| 1769 E MOODY BLVD | BLDG 3 | BUNNELL | FL | S50812A | V892XXA |
| 60 MEMORIAL MEDICAL PKWY | | PALM COAST | FL | R0789 | |

| K_OtherProcedureCode1 | K_OtherProcedureCode2 | Charge Amount |
| --- | --- | --- |
| A0428 | | $400.00 |
| A0425 | | $13.30 |
| A0428 | | $400.00 |
| A0425 | | $400.00 |
| A0428 | | $13.30 |
| A0425 | | $646.00 |
| 99284 | | $400.00 |
| A0428 | | $13.30 |
| A0425 | | $1.95 |
| 84484 | R0259 | $288.44 |
| 71010 | R0301 | $457.08 |
| 99284 | R0324 | $1,197.27 |
| 93005 | R0450 | $495.93 |
| 71010 | R0730 | $28.14 |
| A0428 | | $400.00 |
| A0425 | | $13.30 |
| 99284 | | $646.00 |
| | | **$5,827.31** |

# FLORIDA TRAFFIC CRASH REPORT

LONG FORM [X]   SHORT FORM [ ]   UPDATE [ ]

**TOTAL # OF VEHICLE SECTION(S)** 3

MAIL TO: **DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES**
**TRAFFIC CRASH RECORDS, NEIL KIRKMAN BUILDING**
**TALLAHASSEE, FL 32399-0537**

**TOTAL # OF PERSON SECTION(S)** 3

**TOTAL # OF NARRATIVE SECTION(S)** 1

| CRASH DATE | TIME OF CRASH | DATE OF REPORT | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|
| 01/11/17 | 11:07 AM | 01/11/17 | | |

**CRASH IDENTIFIERS**

| COUNTY CODE | CITY CODE | COUNTY OF CRASH | PLACE OR CITY OF CRASH | CHECK IF WITHIN CITY LIMITS | TIME REPORTED | TIME DISPATCHED |
|---|---|---|---|---|---|---|
| 61 | 53 | Flagler | Palm Coast | [X] | 11:07 AM | 11:13 AM |

| TIME ON SCENE | TIME CLEARED SCENE | CHECK IF COMPLETED | REASON (If Investigation NOT Complete) | Notified By: 1 Motorist  2 Law Enforcement |
|---|---|---|---|---|
| 11:28 AM | 12:31 PM | [X] | | 2 |

**ROADWAY INFORMATION (CHOOSE ONLY 1 OF 4 OPTIONS)**

| CRASH OCCURRED ON STREET, ROAD, HIGHWAY | AT STREET ADDRESS # | AT LATITUDE | AND | LONGITUDE |
|---|---|---|---|---|
| E State Road 100 HWY ① | ② | | | |

| FEET | MILES | N  S  E  W | AT / FROM INTERSECTION WITH STREET, ROAD, HIGHWAY | OR FROM MILEPOST # |
|---|---|---|---|---|
| | | ③ | Landing BLVD | ④ |

| Road System Identifier | Type of Shoulder | Type of Intersection |
|---|---|---|
| 3 | 2 | 3 |

**Road System Identifier**
1 Interstate  4 County  7 Forest Road
2 U.S.  5 Local  8 Private Roadway
3 State  6 Turnpike/Toll  9 Parking Lot  77 Other, Explain in Narrative

**Type of Shoulder**
1 Paved
2 Unpaved
3 Curb

**Type of Intersection**
1 Not at Intersection  5 Traffic Circle
2 Four-Way Intersection  6 Roundabout
3 T-Intersection  7 Five-Point, or More
4 Y-Intersection  77 Other, Explain in Narrative
88 Unknown

**CRASH INFORMATION (CHECK IF PICTURES TAKEN)** [ ]

| Light Condition | Weather Condition | Roadway Surface Condition | School Bus Related | Manner of Collision/Impact |
|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 |

**Light Condition**
1 Daylight  5 Dark-Not Lighted
2 Dusk  6 Dark-Unknown Lighting
3 Dawn  77 Other, Explain in Narrative
4 Dark-Lighted  88 Unknown

**Weather Condition**
1 Clear  4 Fog, Smog, Smoke
2 Cloudy  5 Sleet/Hail/Freezing Rain
3 Rain  6 Blowing Sand, Soil, Dirt
7 Severe Crosswinds  77 Other, Explain in Narrative

**Roadway Surface Condition**
1 Dry  5 Oil
2 Wet  6 Mud, Dirt, Gravel
4 Ice/Frost  7 Sand
8 Water (standing/moving)
77 Other, Explain in Narrative
88 Unknown

**School Bus Related**
1 No
2 Yes, School Bus Directly Involved
3 Yes, School Bus Indirectly Involved

**Manner of Collision/Impact**
1 Front to Rear  4 Sideswipe, Same Direction
2 Front to Front  5 Sideswipe, Opposite Direction
3 Angle  6 Rear to Side
7 Rear to Rear
77 Other, Explain in Narrative
88 Unknown

| First Harmful Event | First Harmful Event Location |
|---|---|
| 14 | 1 |

| First Harmful Event within Interchange | First Harmful Event Relation to Junction | Contributing Circumstances: Road | Contributing Circumstances: Environment |
|---|---|---|---|
| 1 | 3 | 1 | 1 |

**Non-Collision**
1 Overturn/Rollover
2 Fire/Explosion
3 Immersion
4 Jackknife
5 Cargo/Equipment Loss or Shift
6 Fell/Jumped From Motor Vehicle
7 Thrown or Falling Object
8 Ran into Water/Canal
9 Other Non-Collision

**Collision Non-Fixed Object**
10 Pedestrian
11 Pedalcycle
12 Railway Vehicle (train, engine)
13 Animal
14 Motor Vehicle in Transport
15 Parked Motor Vehicle
16 Work Zone/Maintenance Equipment
17 Struck By Falling, Shifting Cargo
18 Other Non-Fixed Object

**Collision with Fixed Object**
19 Impact Attenuator/Crash Cushion
20 Bridge Overhead Structure
21 Bridge Pier or Support
22 Bridge Rail
23 Culvert
24 Curb
25 Ditch
26 Embankment
27 Guardrail Face
28 Guardrail End
29 Cable Barrier
30 Concrete Traffic Barrier
31 Other Traffic Barrier
32 Tree (standing)
33 Utility Pole/Light Support
34 Traffic Sign Support
35 Traffic Signal Support
36 Other Post, Pole or Support
37 Fence
38 Mailbox
39 Other Fixed Object (wall, building, tunnel, etc.)

**First Harmful Event Location**
1 On Roadway
2 Off Roadway
3 Shoulder
4 Median
6 Gore
7 Separator
8 In Parking Lane or Zone
9 Outside Right-of-way
10 Roadside
88 Unknown

**First Harmful Event within Interchange**
1 No
2 Yes
88 Unknown

**First Harmful Event Relation to Junction**
1 Non-Junction
2 Intersection
3 Intersection-Related
4 Driveway/Alley Access Related
5 Railway Grade Crossing
14 Entrance/Exit Ramp
15 Crossover - Related
16 Shared-Use Path or Trail
17 Acceleration/Deceleration Lane
18 Through Roadway
77 Other, Explain in Narrative
88 Unknown

**Contributing Circumstances: Road**
1 None
4 Work Zone (construction/maintenance/utility)
6 Shoulders (none, low, soft, high)
7 Rut, Holes, Bumps
9 Worn, Travel-Polished Surface
10 Road Surface Condition (wet, icy, snow, slush, etc.)
11 Obstruction in Roadway
12 Debris
13 Traffic Control Device Inoperative, Missing or Obscured
14 Non-Highway Work
77 Other, Explain in Narrative
88 Unknown

**Contributing Circumstances: Environment**
1 None
2 Weather Conditions
3 Physical Obstruction(s)
4 Glare
5 Animal(s) in Roadway
77 Other, Explain in Narrative
88 Unknown

| Work Zone Related | Crash in Work Zone | Type of Work Zone | Workers in Work Zone | Law Enforcement in Work Zone |
|---|---|---|---|---|
| 1 | | | | |

**Work Zone Related**
1 No
2 Yes
88 Unknown

**Crash in Work Zone**
1 Before the First Work Zone Warning Sign
2 Advance Warning Area
3 Transition Area
4 Activity Area
5 Termination Area

**Type of Work Zone**
1 Lane Closure
2 Lane Shift/Crossover
3 Work on Shoulder or Median
4 Intermittent or Moving Work
77 Other, Explain in Narrative

**Workers in Work Zone**
1 No
2 Yes
88 Unknown

**Law Enforcement in Work Zone**
1 No
2 Officer Present
3 Law Enforcement Vehicle Only Present

**WITNESSES**

| NAME | ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|
| | | | |
| NAME | ADDRESS | CITY & STATE | ZIP CODE |
| | | | |
| NAME | ADDRESS | CITY & STATE | ZIP CODE |
| | | | |

**NON VEHICLE PROPERTY DAMAGE**

| VEHICLE # | PERSON # | PROPERTY DAMAGE – OTHER THAN VEHICLE | EST. AMOUNT | OWNER'S NAME (Check if Business) | ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

HSMV 90010 S (E) (rev 06/13)

| VEHICLE # | 1 | Check if Commercial | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|

| 1 Vehicle in Transport<br>2 Parked Motor Vehicle<br>3 Working Vehicle | 1 | VEHICLE LICENSE NUMBER | STATE<br>FL | REGISTRATION EXPIRES<br>12/03/17 | Check if Permanent<br>Registration | X | VIN |

| Hit and Run<br>1 No<br>2 Yes<br>88 Unknown | 1 | YEAR<br>2000 | MAKE<br>Volkswagen | MODEL | STYLE<br>4 Door | COLOR<br>Black | DAMAGE:<br>1 Disabling  4 Minor<br>2 Functional  88 Unknown<br>3 None | 1 | EST. AMOUNT<br>5000 |

| INSURANCE COMPANY<br>GEICO GENERAL INSURANCE COMPANY | INSURANCE POLICY NUMBER<br>1125225407 | Towed due<br>to Damage:<br>1 No  2 Yes | 2 | VEHICLE REMOVED BY<br>SAXONS TOWING | 1 Rotation<br>2 Owner Request<br>3 Driver<br>77 Other, Explain in Narrative | 1 |

| NAME OF VEHICLE OWNER   (Check if Business) | CURRENT ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|

| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent<br>Registration | VIN | YEAR | MAKE | LENGTH | AXLES |

| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent<br>Registration | VIN | YEAR | MAKE | LENGTH | AXLES |

| VEHICLE<br>TRAVELING | N | S | E | W | Off-Road | Unknown<br>X | ON STREET, ROAD, HIGHWAY<br>State Highway 100 | AT EST. SPEED<br>30 | POSTED SPEED<br>50 | TOTAL LANES<br>4 |

| HAZ. MAT. RELEASED<br>1 No<br>2 Yes<br>88 Unknown | HAZ. MAT PLACARD<br>1 No<br>2 Yes<br>88 Unknown | HAZ. MAT. NUMBER | HAZ. MAT. CLASS | Area of Initial Impact | Most Damaged Area |

| MOTOR CARRIER NAME | US DOT NUMBER |
| MOTOR CARRIER ADDRESS | CITY & STATE | ZIP CODE | PHONE NUMBER |

### Vehicle Body Type
1
- 1 Passenger Car
- 2 Passenger Van
- 3 Pickup
- 4 Motor Home
- 5 Bus
- 7 Motorcycle
- 8 Moped
- 13 All Terrain Vehicle (ATV)
- 15 Low Speed Vehicle
- 16 (Sport) Utility Vehicle
- 17 Cargo Van (10,000 lbs (4,536 kg) or less)
- 18 Motor Coach
- 19 Other Light Trucks (10,000 lbs (4,536 kg) or less)
- 20 Medium/Heavy Trucks (more than 10,000 lbs (4,536 kg))
- 21 Farm Labor Vehicle
- 77 Other, Explain in Narrative
- 88 Unknown

### Trafficway
4
- 1 Two-Way, Not Divided
- 2 Two-Way, Not Divided, with a Continuous Left Turn Lane
- 3 Two-Way, Divided, Unprotected (painted >4 feet) Median
- 4 Two-Way, Divided, Positive Median Barrier
- 5 One-Way Trafficway
- 88 Unknown

### Commercial Motor Vehicle Configuration
- 1 Vehicle 10,000 lbs or less Placarded for Hazardous Materials
- 2 Single-Unit Truck (2-axle and GVWR more than 10,000 lbs (4,536 kg))
- 3 Single-Unit Truck (3 or more axles)
- 4 Truck Pulling Trailer(s)
- 5 Truck Tractor (bobtail)
- 6 Truck Tractor/Semi-Trailer
- 7 Truck Tractor/Double
- 8 Truck Tractor/Triple
- 9 Truck more than 10,000 lbs (4,536 kg), Cannot Classify
- 10 Bus/Large Van (seats for 9-15 occupants, including driver)
- 11 Bus (seats for more than 15 occupants, including driver)
- 77 Other, Explain in Narrative
- 88 Unknown

### Trailer Type
TRAILER 1  TRAILER 2
- 1 Single Semi Trailer
- 2 Tandem Semi Trailer
- 3 Tank Trailer
- 4 Saddle Mount/Trailer
- 5 Boat Trailer
- 6 Utility Trailer
- 7 House Trailer
- 8 Pole Trailer
- 9 Towed Vehicle
- 10 Auto Transport
- 77 Other, Explain in Narrative
- 88 Unknown

### Cargo Body Type
- 1 No Cargo
- 2 Bus
- 3 Van/Enclosed Box
- 4 Hopper
- 5 Pole-Trailer
- 6 Cargo Tank
- 7 Flatbed
- 8 Dump
- 9 Concrete Mixer
- 10 Auto Transport
- 11 Garbage/Refuse
- 12 Log
- 13 Intermodal Container Chassis
- 14 Vehicle Towing Another Vehicle
- 15 Not Applicable (vehicle 10,000 lbs (4,536 kg) or less not displaying HM placard)
- 77 Other, Explain in Narrative
- 88 Unknown

### Comm/Non-Commercial
- 1 Interstate Carrier
- 2 Intrastate Carrier
- 3 Not in Commerce/Government
- 4 Not in Commerce/Other Truck

### Comm GVWR/GCWR
- 1 10,000 lbs (4,536 kg) or less
- 2 10,001-26,000 lbs (4,536-11,793 kg)
- 3 More than 26,000 lbs (11,793 kg)
- 4 Not Applicable

### Most Harmful Event
14

### Sequence of Events
| 1st | 2nd |
|---|---|
| 14 | |
| 3rd | 4th |
| | |

#### Non-Collision
- 1 Overturn/Rollover
- 2 Fire/Explosion
- 3 Immersion
- 4 Jackknife
- 5 Cargo/Equipment Loss or Shift
- 6 Fell/Jumped From Motor Vehicle
- 7 Thrown or Falling Object
- 8 Ran into Water/Canal
- 9 Other Non-Collision

#### Collision with Non-Fixed Object
- 10 Pedestrian
- 11 Pedalcycle
- 12 Railway Vehicle (train, engine)
- 13 Animal
- 14 Motor Vehicle in Transport
- 15 Parked Motor Vehicle
- 16 Work Zone/Maintenance Equipment
- 17 Struck By Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
- 18 Other Non-Fixed Object

*(40-46 Sequence of Events only)*
- 40 Equipment Failure (blown tire, brake failure, etc.)
- 41 Separation of Units
- 42 Ran Off Roadway, Right
- 43 Ran Off Roadway, Left
- 44 Cross Median
- 45 Cross Centerline
- 46 Downhill Runaway

#### Collision Fixed Object
- 19 Impact Attenuator/Crash Cushion
- 20 Bridge Overhead Structure
- 21 Bridge Pier or Support
- 22 Bridge Rail
- 23 Culvert
- 24 Curb
- 25 Ditch
- 26 Embankment
- 27 Guardrail Face
- 28 Guardrail End
- 29 Cable Barrier
- 30 Concrete Traffic Barrier
- 31 Other Traffic Barrier
- 32 Tree (standing)
- 33 Utility Pole/Light Support
- 34 Traffic Sign Support
- 35 Traffic Signal Support
- 36 Other Post, Pole, or Support
- 37 Fence
- 38 Mailbox
- 39 Other Fixed Object (wall, building, tunnel, etc.)

### Emergency Vehicle Use
1
- 1 No
- 2 Yes
- 88 Unknown

### Vehicle Maneuver Action
1
- 1 Straight Ahead
- 2 Turning Left
- 4 Backing
- 5 Turning Right
- 6 Changing Lanes
- 8 Parked
- 10 Making U-Turn
- 11 Overtaking/Passing
- 13 Stopped in Traffic
- 14 Slowing
- 15 Negotiating a Curve
- 16 Leaving Traffic Lane
- 12 Entering Traffic Lane
- 77 Other, Explain in Narrative
- 88 Unknown

### Traffic Control Device For This Vehicle
5
- 1 No Controls
- 4 School Zone Sign/Device
- 5 Traffic Control Signal
- 6 Stop Sign
- 7 Yield Sign
- 8 Flashing Signal
- 9 Railway Crossing Device
- 10 Person (including Flagman, Officer, Guard, etc.)
- 13 Warning Sign
- 77 Other, Explain in Narrative
- 88 Unknown

### Vehicle Defects
1
- 1 None
- 2 Brakes
- 3 Tires
- 4 Lights (head, signal, tail)
- 5 Steering
- 7 Wipers
- 9 Exhaust System
- 10 Body, Doors
- 11 Power Train
- 12 Suspension
- 13 Wheels
- 14 Windows/Windshield
- 15 Mirrors
- 16 Truck Coupling/Trailer Hitch/Safety Chains
- 77 Other, Explain in Narrative
- 88 Unknown

### Roadway Grade
1
- 1 Level
- 2 Hillcrest
- 3 Uphill
- 4 Downhill
- 5 Sag (bottom)

### Roadway Alignment
1
- 1 Straight
- 2 Curve Right
- 3 Curve Left

### Special Function of Motor Vehicle
1
- 1 No Special Function
- 2 Farm Vehicle
- 3 Police
- 7 Taxi
- 8 Military
- 9 Ambulance
- 10 Fire Truck
- 11 Farm Labor Transport
- 12 School Bus
- 13 Transit/Commuter Bus
- 14 Intercity Bus
- 15 Charter/Tour Bus
- 16 Shuttle Bus
- 17 Farm Labor Bus
- 88 Unknown

### VIOLATIONS

| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| 1 | | 316.1925.1 non-ucr | Careless Driving | |
| | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
| PERSON # | | | | |
| | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
| PERSON # | | | | |

| VEHICLE # | 2 | Check if Commercial | | REPORTING AGENCY CASE NUMBER | | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|---|

| 1 Vehicle in Transport 2 Parked Motor Vehicle 3 Working Vehicle | 1 | VEHICLE LICENSE NUMBER | STATE FL | REGISTRATION EXPIRES 01/25/18 | Check if Permanent Registration | VIN |
|---|---|---|---|---|---|---|

| Hit and Run 1 No 2 Yes 88 Unknown | 1 | YEAR 2015 | MAKE Chevrolet | MODEL | STYLE Sport Utility | COLOR Blue | DAMAGE: 1 Disabling  4 Minor 2 Functional  88 Unknown 3 None | 1 | EST. AMOUNT 5000 |

| INSURANCE COMPANY State Farm | | INSURANCE POLICY NUMBER 9676185-A31-59E 4 | Towed  Due to Damage: 1 No  2 Yes | 2 | VEHICLE REMOVED BY SAXONS TOWING | 1 Rotation 2 Owner Request 3 Driver 77 Other, Explain in Narrative | 1 |

| NAME OF VEHICLE OWNER   (Check if Business) | CURRENT ADDRESS | CITY & STATE | ZIP CODE |

| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent Registration | VIN | | YEAR | MAKE | LENGTH | AXLES |

| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent Registration | VIN | | YEAR | MAKE | LENGTH | AXLES |

| VEHICLE TRAVELING | N | S | E | W | Off-Road | Unknown | X | ON STREET, ROAD, HIGHWAY State Highway 100 | AT EST. SPEED 0 | POSTED SPEED 55 | TOTAL LANES 4 |

| HAZ. MAT. RELEASED 1 No 2 Yes 88 Unknown | HAZ. MAT PLACARD 1 No 2 Yes 88 Unknown | HAZ. MAT. NUMBER | HAZ. MAT. CLASS | Area of Initial Impact | Most Damaged Area |

| MOTOR CARRIER NAME | US DOT NUMBER | 18 Undercarriage 18 19 Overturn 19 20 Windshield 20 21 Trailer 21 |

| MOTOR CARRIER ADDRESS | CITY & STATE | ZIP CODE | PHONE NUMBER |

### Vehicle Body Type

**16**

1 Passenger Car
2 Passenger Van
3 Pickup
4 Motor Home
8 Bus
11 Motorcycle
12 Moped
13 All Terrain Vehicle (ATV)

15 Low Speed Vehicle
16 (Sport) Utility Vehicle
17 Cargo Van (10,000 lbs (4,536 kg) or less)
18 Motor Coach
19 Other Light Trucks (10,000 lbs (4,536 kg) or less)
20 Medium/Heavy Trucks (more than 10,000 lbs (4,536 kg))
21 Farm Labor Vehicle
77 Other, Explain in Narrative
88 Unknown

### Comm/Non-Commercial

1 Interstate Carrier
2 Intrastate Carrier
3 Not in Commerce/Government
4 Not in Commerce/Other Truck

### Trafficway

**4**

1 Two-Way, Not Divided
2 Two-Way, Not Divided, with a Continuous Left Turn Lane
3 Two-Way, Divided, Unprotected (painted >4 feet) Median
4 Two-Way, Divided, Positive Median Barrier
5 One-Way Trafficway
88 Unknown

### Trailer Type

TRAILER 1   TRAILER 2
1 Single Semi Trailer
2 Tandem Semi Trailer
3 Tank Trailer
4 Saddle Mount/Trailer
5 Boat Trailer
6 Utility Trailer
7 House Trailer
8 Pole Trailer
9 Towed Vehicle
10 Auto Transport
77 Other, Explain in Narrative
88 Unknown

### Comm GVWR/GCWR

1 10,000 lbs (4,536 kg) or less
2 10,001-26,000 lbs (4,536-11,793 kg)
3 More than 26,000 lbs (11,793 kg)
4 Not Applicable

### Commercial Motor Vehicle Configuration

1 Vehicle 10,000 lbs or less Placarded for Hazardous Materials
2 Single-Unit Truck (2-axle and GVWR more than 10,000 lbs (4,536 kg))
3 Single-Unit Truck (3 or more axles)
4 Truck Pulling Trailer(s)
5 Truck Tractor (bobtail)
6 Truck Tractor/Semi-Trailer
7 Truck Tractor/Double

8 Truck Tractor/Triple
9 Truck more than 10,000 lbs (4,536 kg), Cannot Classify
10 Bus/Large Van (seats for 9-15 occupants, including driver)
11 Bus (seats for more than 15 occupants, including driver)
77 Other, Explain in Narrative
88 Unknown

### Cargo Body Type

1 No Cargo
2 Bus
3 Van/Enclosed Box
4 Hopper
5 Pole-Trailer
6 Cargo Tank
7 Flatbed
8 Dump
9 Concrete Mixer
10 Auto Transport
11 Garbage/Refuse
12 Log
13 Intermodal Container Chassis
14 Vehicle Towing Another Vehicle
15 Not Applicable (vehicle 10,000 lbs (4,536kg) or less not displaying HM placard)
77 Other, Explain in Narrative
88 Unknown

### Most Harmful Event

**14**

### Sequence of Events

| 1st | 2nd |
|---|---|
| 14 | |
| 3rd | 4th |
| | |

#### Non-Collision

1 Overturn/Rollover
2 Fire/Explosion
3 Immersion
4 Jackknife
5 Cargo/Equipment Loss or Shift
6 Fell/Jumped From Motor Vehicle
7 Thrown or Falling Object
8 Ran into Water/Canal
9 Other Non-Collision

[40-46 Sequence of Events only]
40 Equipment Failure (blown tire, brake failure, etc.)
41 Separation of Units
42 Ran Off Roadway, Right
43 Ran Off Roadway, Left
44 Cross Median
45 Cross Centerline
46 Downhill Runaway

#### Collision with Non-Fixed Object

10 Pedestrian
11 Pedalcycle
12 Railway Vehicle (train, engine)
13 Animal
14 Motor Vehicle in Transport
15 Parked Motor Vehicle
16 Work Zone/Maintenance Equipment
17 Struck By Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
18 Other Non-Fixed Object

#### Collision with Fixed Object

19 Impact Attenuator/Crash Cushion
20 Bridge Overhead Structure
21 Bridge Pier or Support
22 Bridge Rail
23 Culvert
24 Curb
25 Ditch
26 Embankment
27 Guardrail Face
28 Guardrail End

29 Cable Barrier
30 Concrete Traffic Barrier
31 Other Traffic Barrier
32 Tree (standing)
33 Utility Pole/Light Support
34 Traffic Sign Support
35 Traffic Signal Support
36 Other Post, Pole, or Support
37 Fence
38 Mailbox
39 Other Fixed Object (wall, building, tunnel, etc.)

### Emergency Vehicle Use

**1**

1 No
2 Yes
88 Unknown

### Roadway Grade

**1**

1 Level
2 Hillcrest
3 Uphill
4 Downhill
5 Sag (bottom)

### Roadway Alignment

**1**

1 Straight
2 Curve Right
3 Curve Left

### Vehicle Maneuver Action

**13**

1 Straight Ahead
3 Turning Left
4 Backing
5 Turning Right
6 Changing Lanes
8 Parked
10 Making U-Turn
11 Overtaking/Passing

13 Stopped in Traffic
14 Slowing
15 Negotiating a Curve
16 Leaving Traffic Lane
12 Entering Traffic Lane
77 Other, Explain in Narrative
88 Unknown

### Traffic Control Device For This Vehicle

**5**

1 No Controls
4 School Zone Sign/Device
5 Traffic Control Signal
6 Stop Sign
7 Yield Sign

8 Flashing Signal
9 Railway Crossing Device
10 Person (including Flagman, Officer, Guard, etc.)
13 Warning Sign
77 Other, Explain in Narrative
88 Unknown

### Vehicle Defects

**1**

1 None
2 Brakes
3 Tires
4 Lights (head, signal, tail)
6 Steering
7 Wipers
9 Exhaust System
10 Body, Doors
11 Power Train

12 Suspension
13 Wheels
14 Windows/Windshield
15 Mirrors
16 Truck Coupling/Trailer Hitch/Safety Chains
77 Other, Explain in Narrative
88 Unknown

### Special Function of Motor Vehicle

**1**

1 No Special Function
2 Farm Vehicle
3 Police
7 Taxi
8 Military
9 Ambulance
10 Fire Truck
11 Farm Labor Transport
12 School Bus
13 Transit/Commuter Bus

14 Intercity Bus
15 Charter/Tour Bus
16 Shuttle Bus
17 Farm Labor Bus
88 Unknown

### VIOLATIONS

| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |

HSMV 90010 S (V/P) (rev 06/13)

| VEHICLE # | 3 | Check if Commercial | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|

| 1 Vehicle in Transport<br>2 Parked Motor Vehicle<br>3 Working Vehicle | 1 | VEHICLE LICENSE NUMBER | STATE<br>FL | REGISTRATION EXPIRES<br>12/31/17 | Check if Permanent<br>Registration | VIN |
|---|---|---|---|---|---|---|

| Hit and Run<br>1 No<br>2 Yes<br>88 Unknown | 1 | YEAR<br>2008 | MAKE<br>Ford | MODEL<br>F-150 | STYLE<br>Pick Up Truck | COLOR<br>Blue | DAMAGE:<br>1 Disabling  4 Minor<br>2 Functional  88 Unknown<br>3 None | 2 | EST. AMOUNT |

| INSURANCE COMPANY<br>UNK | INSURANCE POLICY NUMBER | Towed due<br>to Damage:<br>1 No  2 Yes | 1 | VEHICLE REMOVED BY | 1 Rotation<br>2 Owner Request<br>3 Driver<br>77 Other, Explain in Narrative | 3 |
|---|---|---|---|---|---|---|

| NAME OF VEHICLE OWNER | (Check if Business) | CURRENT ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|---|

| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent<br>Registration | VIN | YEAR | MAKE | LENGTH | AXLES |
|---|---|---|---|---|---|---|---|---|---|

| TRAILER # | LICENSE NUMBER | STATE | REGISTRATION EXPIRES | Check if Permanent<br>Registration | VIN | YEAR | MAKE | LENGTH | AXLES |
|---|---|---|---|---|---|---|---|---|---|

| VEHICLE<br>TRAVELING | N | S | E | W | Off-Road | Unknown | X | ON STREET, ROAD, HIGHWAY<br>State Road 100 | AT EST. SPEED<br>0 | POSTED SPEED<br>55 | TOTAL LANES<br>3 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| HAZ. MAT. RELEASED<br>1 No<br>2 Yes<br>88 Unknown | HAZ. MAT PLACARD<br>1 No<br>2 Yes<br>88 Unknown | HAZ. MAT. NUMBER | HAZ. MAT. CLASS | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|---|---|

MOTOR CARRIER NAME     US DOT NUMBER

MOTOR CARRIER ADDRESS     CITY & STATE     ZIP CODE     PHONE NUMBER

### Vehicle Body Type
**3**

1 Passenger Car
2 Passenger Van
3 Pickup
7 Motor Home
8 Bus
11 Motorcycle
12 Moped
13 All Terrain Vehicle (ATV)

15 Low Speed Vehicle
16 (Sport) Utility Vehicle
17 Cargo Van (10,000 lbs (4,536 kg) or less)
18 Motor Coach
19 Other Light Trucks (10,000 lbs (4,536 kg) or less)
20 Medium/Heavy Trucks (more than 10,000 lbs (4,536 kg))
21 Farm Labor Vehicle
77 Other, Explain in Narrative
88 Unknown

### Trafficway
**1**

1 Two-Way, Not Divided
2 Two-Way, Not Divided, with a Continuous Left Turn Lane
3 Two-Way, Divided, Unprotected (painted >4 feet) Median
4 Two-Way, Divided, Positive Median Barrier
5 One-Way Trafficway
88 Unknown

### Trailer Type
| TRAILER 1 | TRAILER 2 |
|---|---|

1 Single Semi-Trailer
2 Tandem Semi Trailer
3 Tank Trailer
4 Saddle Mount/Trailer
5 Boat Trailer
6 Utility Trailer
7 House Trailer
8 Pole Trailer
9 Towed Vehicle
10 Auto Transport
77 Other, Explain in Narrative
88 Unknown

| Comm<br>GVWR/GCWR | | 1 10,001 lbs (4,536 kg) or less<br>2 10,001-26,000 lbs (4,536-11,793 kg)<br>3 More than 26,000 lbs (11,793 kg)<br>4 Not Applicable |
|---|---|---|

### Commercial Motor Vehicle Configuration
1 Vehicle 10,000 lbs or less Placarded for Hazardous Materials
2 Single-Unit Truck (2-axle and GVWR more than 10,000 lbs (4,536 kg))
3 Single-Unit Truck (3 or more axles)
4 Truck Pulling Trailer(s)
5 Truck Tractor (bobtail)
6 Truck Tractor/Semi-Trailer
7 Truck Tractor/Double

8 Truck Tractor/Triple
9 Truck more than 10,000 lbs (4,536 kg), Cannot Classify
10 Bus/Large Van (seats for 9-15 occupants, including driver)
11 Bus (seats for more than 15 occupants, including driver)
77 Other, Explain in Narrative
88 Unknown

### Cargo Body Type
| | 1 No Cargo<br>2 Bus |

3 Van/Enclosed Box
4 Hopper
5 Pole-Trailer
6 Cargo Tank
7 Flatbed
8 Dump
9 Concrete Mixer
10 Auto Transport
11 Garbage/Refuse
12 Log

13 Intermodal Container Chassis
14 Vehicle Towing Another Vehicle
15 Not Applicable (vehicle 10,000 lbs (4,536kg) or less not displaying HM placard)
77 Other, Explain in Narrative
88 Unknown

### Comm/Non-Commercial
1 Interstate Carrier
2 Intrastate Carrier
3 Not in Commerce/Government
4 Not in Commerce/Other Truck

### Most Harmful Event
**14**

**Non-Collision**
1 Overturn/Rollover
2 Fire/Explosion
3 Immersion
4 Jackknife
5 Cargo/Equipment Loss or Shift
6 Fell/Jumped From Motor Vehicle
7 Thrown or Falling Object
8 Ran into Water/Canal
9 Other Non-Collision

### Sequence of Events
| 1st | 2nd |
|---|---|
| 14 | |
| 3rd | 4th |
| | |

[40-46 Sequence of Events only]
40 Equipment Failure (blown tire, brake failure, etc.)
41 Separation of Units
42 Ran Off Roadway, Right
43 Ran Off Roadway, Left
44 Cross Median
45 Cross Centerline
46 Downhill Runaway

**Collision with Non-Fixed Object**
10 Pedestrian
11 Pedalcycle
12 Railway Vehicle (train, engine)
13 Animal
14 Motor Vehicle in Transport
15 Parked Motor Vehicle
16 Work Zone/Maintenance Equipment
17 Struck By Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
18 Other Non-Fixed Object

**Collision Fixed Object**
19 Impact Attenuator/Crash Cushion
20 Bridge Overhead Structure
21 Bridge Pier or Support
22 Bridge Rail
23 Culvert
24 Curb
25 Ditch
26 Embankment
27 Guardrail Face
28 Guardrail End

29 Cable Barrier
30 Concrete Traffic Barrier
31 Other Traffic Barrier
32 Tree (standing)
33 Utility Pole/Light Support
34 Traffic Sign Support
35 Traffic Signal Support
36 Other Post, Pole, or Support
37 Fence
38 Mailbox
39 Other Fixed Object (wall, building, tunnel, etc.)

### Emergency Vehicle Use
**1**

1 No
2 Yes
88 Unknown

### Vehicle Maneuver Action
**13**

1 Straight Ahead
2 Turning Left
3 Turning Right
4 Backing
5 Turning Right
6 Changing Lanes
8 Parked
10 Making U-Turn
11 Overtaking/Passing

13 Stopped in Traffic
14 Slowing
15 Negotiating a Curve
16 Leaving Traffic Lane
17 Entering Traffic Lane
77 Other, Explain in Narrative
88 Unknown

### Roadway Grade
**1**

1 Level
2 Hillcrest
3 Uphill
4 Downhill
5 Sag (bottom)

### Roadway Alignment
**1**

1 Straight
2 Curve Right
3 Curve Left

### Traffic Control Device For This Vehicle
**5**

1 No Controls
4 School Zone Sign/Device
5 Traffic Control Signal
6 Stop Sign
7 Yield Sign

8 Flashing Signal
9 Railway Crossing Device
10 Person (including Flagman, Officer, Guard, etc.)
13 Warning Sign
77 Other, Explain in Narrative
88 Unknown

### Vehicle Defects
1 None
2 Brakes
3 Tires
4 Lights (head, signal, tail)
6 Steering
7 Wipers
9 Exhaust System
10 Body, Doors
11 Power Train

12 Suspension
13 Wheels
14 Windows/Windshield
15 Mirrors
16 Truck Coupling/Trailer Hitch/Safety Chains
77 Other, Explain in Narrative
88 Unknown

### Special Function of Motor Vehicle
**1**

1 No Special Function
2 Farm Vehicle
3 Police
7 Taxi
8 Military
9 Ambulance
10 Fire Truck
11 Farm Labor Transport
12 School Bus
13 Transit/Commuter Bus

14 Intercity Bus
15 Charter/Tour Bus
16 Shuttle Bus
17 Farm Labor Bus
88 Unknown

### VIOLATIONS

| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| | | | | |
| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
| | | | | |
| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
| | | | | |

**PERSON #** 1

| REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|

| 1 Driver / 2 Non-Motorist / 3 Passenger | **1** | VEHICLE # **1** | NAME | | PHONE NUMBER | Check if Recommend Driver Re-exam |
|---|---|---|---|---|---|---|

CURRENT ADDRESS (Number and Street)     CITY & STATE     ZIP CODE

| DATE OF BIRTH | SEX: 1 Male / 2 Female / 88 Unknown | **2** | DRIVER LICENSE NUMBER | STATE **FL** | EXPIRES **10/ 09/ 24** | INJURY SEVERITY (INJ): 1 None / 2 Possible / 3 Non-incapacitating / 4 Incapacitating / 5 Fatal (within 30 days) / 6 Non-Traffic Fatality | **2** |
|---|---|---|---|---|---|---|---|

## DRIVER

**DL Type** **5**
1 A 2 B 3 C
4 D/Chauffeur
5 E/Operator
6 E/Oper – Rest
7 None

**Required Endorsements** **3**
1 Yes
2 No
3 No Req. Endorsement

**Driver Distracted By** **1**
1 Not Distracted
2 Electronic Communication Devices (cell phone, etc.)
3 Other Electronic Device (navigation device, DVD player)
4 Other Inside the Vehicle (explain in narrative)
5 External Distraction (outside the vehicle, explain in narrative)
6 Texting
7 Inattentive
88 Unknown

**Driver Vision Obstructions** **1**
1 Vision Not Obscured
2 Inclement Weather
3 Parked/Stopped Vehicle
4 Trees/Crops/Bushes
5 Load on Vehicle
6 Building/Fixed Object
7 Signs/Billboards
8 Fog
9 Smoke
10 Glare
77 All Other, Explain in Narrative

### Driver's Actions at Time of Crash

1st **10**    2nd **2**    3rd [ ]    4th [ ]

1 No Contributing Action
2 Operated MV in Careless or Negligent Manner
3 Failed to Yield Right-of-Way
4 Improper Turn
5 Ran Red Light
6 Improper Backing
7 Failed to Keep in Proper Lane
8 Drove Too Fast for Conditions
9 Improper Passing
10 Followed too Closely
11 Ran Red Light
12 Drove too Fast for Conditions
13 Ran Stop Sign
15 Improper Passing
17 Exceeded Posted Speed
21 Wrong Side of Wrong Way
25 Failed to Keep in Proper Lane
26 Ran off Roadway
27 Disregarded other Traffic Sign
28 Disregarded Other Road Markings
29 Over-Correcting/Over-Steering
30 Swerved or Avoided : Due to Wind, Slippery Surface, MV, Object, Non-Motorist in Roadway, etc.
31 Operated MV in Erratic, Reckless or Aggressive Manner
77 Other Contributing Action

**Condition At Time of Crash** **1**
1 Apparently Normal
4 [ ]
5 Ill (sick) or Fainted
6 Seizure, Epilepsy, Blackout
7 Physically Impaired
8 Emotional (depression, angry, disturbed, etc.)
9 Under the Influence of Medications/Drugs/Alcohol
77 Other, Explain in Narrative
88 Unknown

## DRIVER OR PASSENGER

**Motor Vehicle Seating Position:**
LOCATION: SEAT **1** ROW **1** OTHER **1**
**Seat**
1 Left
2 Middle
3 Right
77 Other (explain in narrative)
88 Unknown
**Row**
1 Front
2 Second
3 Third
4 Fourth
77 Other Row
88 Unknown
**Other**
1 Not Applicable
2 Sleeper Section of Truck Cab
3 Other Enclosed Cargo Area
4 Unenclosed Cargo Area
5 Trailing Unit
6 Riding on Motor Vehicle Exterior (non-trailing unit)
88 Unknown

**Ejection (EJECT)** **3**
1 Not Ejected
2 Ejected, Totally
3 Ejected, Partially
4 Not Applicable
88 Unknown

**Helmet Use (HU)** **3**
1 DOT-Compliant Motorcycle Helmet
2 Other Helmet
3 No Helmet

**Air Bag Deployed (ABD)** **3**
1 Not Applicable
2 Not Deployed
3 Deployed-Front
4 Deployed-Side
5 Deployed-Other (knee, air belt, etc.)
6 Deployed-Combination
7 Deployed-Curtain
88 Deployment Unknown

**Eye Protection (EP)** **3**
1 Yes
2 No
3 Not Applicable

**Restraint Systems (RS)** **3**
1 Not Applicable
2 None Used - Motor Vehicle Occupant
3 Shoulder and Lap Belt Used
4 Shoulder Belt Only Used
5 Lap Belt Only Used
6 Restraint Used - Type Unknown
7 Child Restraint System - Forward Facing
8 Child Restraint System - Rear Facing
9 Booster Seat
10 Child Restraint Type Unknown
77 Other, Explain in Narrative

## NON-MOTORIST

**Non-Motorist Description**
1 Pedestrian
2 Other Pedestrian (wheelchair, person in a building, skater, pedestrian conveyance, etc.)
3 Bicyclist
4 Other Cyclist
5 Occupant of Motor Vehicle Not in Transport (parked, etc.)
6 Occupant of a Non-Motorist Transportation Device
7 Unknown Type of Non-Motorist

**Non-Motorist Location At Time of Crash**
1 Intersection - Marked Crosswalk
2 Intersection - Unmarked Crosswalk
3 Intersection - Other
4 Midblock - Marked Crosswalk
5 Travel Lane - Other Location
6 Bicycle Lane
7 Shoulder/Roadside
8 Sidewalk
9 Median/Crossing Island
10 Driveway Access
11 Shared-Use Path or Trail
12 Non-Trafficway Area
77 Other, Explain in Narrative
88 Unknown

**Non-Motorist Actions/Circumstances**
1st [ ]    2nd [ ]
1 No Improper Action
2 Dart/Dash
3 Failure to Yield Right-of-Way
4 Failure to Obey Traffic Signs, Signals, or Officer
5 In Roadway Improperly (standing, lying, working, playing)
6 Disabled Vehicle Related (working on, pushing, leaving/approaching)
7 Entering/Exiting Parked/Standing Vehicle
8 Inattentive (talking, eating, etc)
9 Not Visible (dark clothing, no lighting, etc )

**Safety Equipment**
1 None
2 Helmet
3 Protective Pads Used (elbows, knees, shins, etc.)
4 Reflective Clothing (jacket, backpack, etc.)
5 Lighting
6 Not Applicable
77 Other, Explain in Narrative
88 Unknown

**Action Prior to Crash**
1 Crossing Roadway
2 Walking to Cross Roadway
3 Walking/Cycling Along Roadway with Traffic (in or adjacent to travel lane)
4 Walking/Cycling Along Roadway Against Traffic (in or adjacent to travel lane)
5 Walking/Cycling on Sidewalk
6 In Roadway – Other (working, playing, etc.)
7 Adjacent to Roadway (e.g., shoulder, median)
8 Going to or from School (K-12)
9 Working in Trafficway (incident response)
10 None
77 Other, Explain in Narrative
88 Unknown
10 Improper Turn/Merge
11 Improper Passing
12 Wrong-Way Riding or Walking
77 Other, Explain in Narrative
88 Unknown

## ALCOHOL/DRUG/EMS

| SUSPECTED ALCOHOL USE: 1 No / 2 Yes / 88 Unknown | **88** | ALCOHOL TESTED: 1 Test Not Given / 2 Test Refused / 3 Test Given / 88 Unknown, if Tested | ALCOHOL TEST TYPE: 1 Blood / 2 Breath / 3 Urine / 77 Other, Explain in Narrative | ALCOHOL TEST RESULT: 1 Pending / 2 Completed / 88 Unknown | BAC | SUSPECTED DRUG USE: 1 No / 2 Yes / 88 Unknown | **88** | DRUG TESTED: 1 Test Not Given / 2 Test Refused / 3 Test Given / 88 Unknown, if Tested | **1** | DRUG TEST TYPE: 1 Blood / 3 Urine / 77 Other, Explain in Narrative | DRUG TEST RESULT: 1 Positive / 2 Negative / 3 Pending / 88 Unknown |
|---|---|---|---|---|---|---|---|---|---|---|---|

| SOURCE OF TRANSPORT TO MEDICAL FACILITY: 1 Not Transported / 2 EMS   3 Law Enforcement / 77 Other, Explain in Narrative   88 Unknown | **2** | EMS AGENCY NAME OR ID **Rescue 11** | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO **FHF** |
|---|---|---|---|---|

## ADDITIONAL PASSENGERS

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CURRENT ADDRESS (Number and Street)     CITY & STATE     ZIP CODE

| SOURCE OF TRANSPORT TO MEDICAL FACILITY: 1 Not Transported / 2 EMS   3 Law Enforcement / 77 Other, Explain in Narrative   88 Unknown | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |
|---|---|---|---|

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CURRENT ADDRESS (Number and Street)     CITY & STATE     ZIP CODE

| SOURCE OF TRANSPORT TO MEDICAL FACILITY: 1 Not Transported / 2 EMS   3 Law Enforcement / 77 Other, Explain in Narrative   88 Unknown | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |
|---|---|---|---|

HSMV 90010 S (V/P) (rev 06/13)

**PERSON #** 2

| REPORTING AGENCY CASE NUMBER | | HSMV CRASH REPORT NUMBER |
|---|---|---|

| 1 Driver 2 Non-Motorist 3 Passenger | **1** | VEHICLE # **2** | NAME | | PHONE NUMBER | Check if Recommend Driver Re-exam |
|---|---|---|---|---|---|---|

CURRENT ADDRESS (Number and Street)    CITY & STATE    ZIP CODE

| DATE OF BIRTH | SEX: 1 Male 2 Female 88 Unknown **1** | DRIVER LICENSE NUMBER | STATE **FL** | EXPIRES **01/25/20** | INJURY SEVERITY (INJ) 1 None 2 Possible 3 Non-incapacitating 4 Incapacitating 5 Fatal (within 30 days) 6 Non-Traffic Fatality **1** |
|---|---|---|---|---|---|

## DRIVER

**DL Type**
**5** — 1 A 2 B 3 C 4 D/Chauffeur 5 E/Operator 6 E/Oper – Rest 7 None

**Required Endorsements**
**3** — 1 Yes 2 No 3 No Req. Endorsement

**Driver Distracted By**
**1** — 1 Not Distracted 2 Electronic Communication Devices (cell phone, etc.) 3 Other Electronic Device (navigation device, DVD player) 4 Other Inside the Vehicle (explain in narrative) 5 External Distraction (outside the vehicle, explain in narrative) 6 Texting 7 Inattentive 88 Unknown

**Driver Vision Obstructions**
**1** — 1 Vision Not Obscured 2 Inclement Weather 3 Parked/Stopped Vehicle 4 Trees/Crops/Bushes 5 Load on Vehicle 6 Building/Fixed Object 7 Signs/Billboards 8 Fog 9 Smoke 10 Glare 77 All Other, Explain in Narrative

**Driver's Actions at Time of Crash**

1st **1**   2nd   3rd   4th

1 No Contributing Action
2 Operated MV in Careless or Negligent Manner
3 Failed to Yield Right-of-Way
4 Improper Backing
6 Improper Turn
10 Followed too Closely
11 Ran Red Light
12 Drove too Fast for Conditions
13 Ran Stop Sign
15 Improper Passing
17 Exceeded Posted Speed
21 Wrong Side of Wrong Way
25 Failed to Keep in Proper Lane
26 Ran off Roadway
27 Disregarded other Traffic Sign
28 Disregarded Other Road Markings
29 Over-Correcting/Over-Steering
30 Swerved or Avoided : Due to Wind, Slippery Surface, MV, Object, Non-Motorist in Roadway, etc.
31 Operated MV in Erratic, Reckless or Aggressive Manner
77 Other Contributing Action

**Condition At Time of Crash**
**1** — 1 Apparently Normal 3 Asleep or Fatigued 5 Ill (sick) or Fainted 6 Seizure, Epilepsy, Blackout 7 Physically Impaired 8 Emotional (depression, angry, disturbed, etc.) 9 Under the Influence of Medications/Drugs/Alcohol 77 Other, Explain in Narrative 88 Unknown

## DRIVER OR PASSENGER

**Helmet Use (HU)** **3** — 1 DOT-Compliant Motorcycle Helmet 2 Other Helmet 3 No Helmet

**Eye Protection (EP)** **3** — 1 Yes 2 No 3 Not Applicable

**Restraint Systems (RS)** **3** — 1 Not Applicable 2 None Used - Motor Vehicle Occupant 3 Shoulder and Lap Belt Used 4 Shoulder Belt Only Used 5 Lap Belt Only Used 6 Restraint Used - Type Unknown 7 Child Restraint System - Forward Facing 8 Child Restraint System - Rear Facing 9 Booster Seat 10 Child Restraint Type Unknown 77 Other, Explain in Narrative

**Motor Vehicle Seating Position:** LOCATION: SEAT **1** ROW **1** OTHER **1** (LOC)
Seat: 1 Left 2 Middle 3 Right 77 Other (explain in narrative) 88 Unknown
Row: 1 Front 2 Second 3 Third 4 Fourth 77 Other Row 88 Unknown
Other: 1 Not Applicable 2 Sleeper Section of Truck Cab 3 Other Enclosed Cargo Area 4 Unenclosed Cargo Area 5 Trailing Unit 6 Riding on Motor Vehicle Exterior (non-trailing unit) 88 Unknown

**Air Bag Deployed (ABD)** **3** — 1 Not Applicable 2 Not Deployed 3 Deployed-Front 4 Deployed-Side 5 Deployed-Other (knee, air belt, etc.) 6 Deployed-Combination 7 Deployed-Curtain 88 Deployment Unknown

**Ejection (EJECT)** **1** — 1 Not Ejected 2 Ejected, Totally 3 Ejected, Partially 4 Not Applicable 88 Unknown

## NON-MOTORIST

**Non-Motorist Description**
1 Pedestrian
2 Other Pedestrian (wheelchair, person in a building, skater, pedestrian conveyance, etc.)
3 Bicyclist
4 Other Cyclist
5 Occupant of Motor Vehicle Not in Transport (parked, etc.)
6 Occupant of a Non-Motor Vehicle Transportation Device
7 Unknown Type of Non-Motorist

**Safety Equipment**
1 None
2 Helmet
3 Protective Pads Used (elbows, knees, shins, etc.)
4 Reflective Clothing (jacket, backpack, etc.)
5 Lighting
6 Not Applicable
77 Other, Explain in Narrative
88 Unknown

**Non-Motorist Location At Time of Crash**
1 Intersection - Marked Crosswalk
2 Intersection - Unmarked Crosswalk
3 Intersection - Other
4 Midblock - Marked Crosswalk
5 Travel Lane - Other Location
6 Bicycle Lane
7 Shoulder/Roadside
8 Sidewalk
9 Median/Crossing Island
10 Driveway Access
11 Shared-Use Path or Trail
12 Non-Trafficway Area
77 Other, Explain in Narrative
88 Unknown

**Non-Motorist Actions/Circumstances**
1st   2nd
1 No Improper Action
2 Dart/Dash
3 Failure to Yield Right-of-Way
4 Failure to Obey Traffic Signs, Signals, or Officer
5 In Roadway Improperly (standing, lying, working, playing)
6 Disabled Vehicle Related (working on, pushing, leaving/approaching)
7 Entering/Exiting Parked/Standing Vehicle
8 Inattentive (talking, eating, etc)
9 Not Visible (dark clothing, no lighting, etc.)

**Action Prior to Crash**
1 Crossing Roadway
2 Waiting to Cross Roadway
3 Walking/Cycling Along Roadway with Traffic (in or adjacent to travel lane)
4 Walking/Cycling Along Roadway Against Traffic (in or adjacent to travel lane)
5 Walking/Cycling on Sidewalk
6 In Roadway — Other (working, playing, etc.)
7 Adjacent to Roadway (e.g., shoulder, median)
8 Going to or from School (K-12)
9 Working in Trafficway (incident response)
10 None
77 Other, Explain in Narrative
88 Unknown
10 Improper Turn/Merge
11 Improper Passing
12 Wrong-Way Riding or Walking
77 Other, Explain in Narrative
88 Unknown

## ALCOHOL/DRUG/EMS

**SUSPECTED ALCOHOL USE:** **1** — 1 No 2 Yes 88 Unknown

**ALCOHOL TESTED:** **1** — 1 Test Not Given 2 Test Refused 3 Test Given 88 Unknown, if Tested

**ALCOHOL TEST TYPE:** 1 Blood 2 Breath 3 Urine 77 Other, Explain in Narrative

**ALCOHOL TEST RESULT:** 1 Pending 2 Completed 88 Unknown

BAC

**SUSPECTED DRUG USE:** **1** — 1 No 2 Yes 88 Unknown

**DRUG TESTED:** **1** — 1 Test Not Given 2 Test Refused 3 Test Given 88 Unknown, if Tested

**DRUG TEST TYPE:** 1 Blood 3 Urine 77 Other, Explain in Narrative

**DRUG TEST RESULT:** 1 Positive 2 Negative 3 Pending 88 Unknown

**SOURCE OF TRANSPORT TO MEDICAL FACILITY** **2** — 1 Not Transported 2 EMS 3 Law Enforcement 77 Other, Explain in Narrative 88 Unknown
**EMS AGENCY NAME OR ID** Rescue 11
**EMS RUN NUMBER**
**MEDICAL FACILITY TRANSPORTED TO** FHF

## ADDITIONAL PASSENGERS

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CURRENT ADDRESS (Number and Street)    CITY & STATE    ZIP CODE

**SOURCE OF TRANSPORT TO MEDICAL FACILITY** 1 Not Transported 2 EMS 3 Law Enforcement 77 Other, Explain in Narrative 88 Unknown
EMS AGENCY NAME OR ID    EMS RUN NUMBER    MEDICAL FACILITY TRANSPORTED TO

| PERSON # | VEHICLE # | NAME | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CURRENT ADDRESS (Number and Street)    CITY & STATE    ZIP CODE

**SOURCE OF TRANSPORT TO MEDICAL FACILITY** 1 Not Transported 2 EMS 3 Law Enforcement 77 Other, Explain in Narrative 88 Unknown
EMS AGENCY NAME OR ID    EMS RUN NUMBER    MEDICAL FACILITY TRANSPORTED TO

HSMV 90010 S (V/P) (rev 06/13)

**PERSON #** 3

REPORTING AGENCY CASE NUMBER    HSMV CRASH REPORT NUMBER

| 1 Driver<br>2 Non-Motorist<br>3 Passenger | **1** | VEHICLE #<br>**3** | NAME | | PHONE NUMBER | Check if<br>Recommend<br>Driver Re-exam |

CURRENT ADDRESS (Number and Street)    CITY & STATE    ZIP CODE

| DATE OF BIRTH | SEX<br>1 Male<br>2 Female<br>88 Unknown | **1** | DRIVER LICENSE NUMBER | | STATE<br>FL | EXPIRES<br>01/ 14/ 18 | INJURY SEVERITY (INJ)<br>1 None   4 Incapacitating<br>2 Possible   5 Fatal (within 30 days)<br>3 Non-incapacitating   6 Non-Traffic Fatality | **1** |

## DRIVER

**DL Type**   **5**
1 A 2 B 3 C
4 D/Chauffeur
5 E/Operator
6 E/Oper – Rest
7 Motorcycle

**Required Endorsements**   **3**
1 Yes
2 No
3 No Req. Endorsement

**Driver's Actions at Time of Crash**

1st **1**   2nd **2**
1 No Contributing Action
2 Operated MV in Careless or Negligent Manner
3 Failed to Yield Right-of-Way
4 Improper Backing
5 Improper Turn
6 Improper Turn
10 Followed too Closely
11 Ran Red Light
12 Drove too Fast for Conditions
13 Ran Stop Sign
15 Improper Passing
17 Exceeded Posted Speed
22 Wrong Side of Wrong Way
25 Failed to Keep in Proper Lane
26 Ran off Roadway
27 Disregarded other Traffic Sign
28 Disregarded Other Road Markings
29 Over-Correcting/Over-Steering
30 Swerved or Avoided : Due to Wind, Slippery Surface, MV, Object, Non-Motorist in Roadway, etc.
31 Operated MV in Erratic, Reckless or Aggressive Manner
77 Other Contributing Action

3rd   4th

**Condition At Time of Crash**   **1**
1 Apparently Normal
2 Asleep or Fatigued
5 Ill (sick) or Fainted
6 Seizure, Epilepsy, Blackout
7 Physically Impaired
8 Emotional (depression, angry, disturbed, etc.)
9 Under the Influence of Medications/Drugs/Alcohol
77 Other, Explain in Narrative
88 Unknown

**Driver Distracted By**   **1**
1 Not Distracted
2 Electronic Communication Devices (cell phone, etc.)
3 Other Electronic Device (navigation device, DVD player)
4 Other Inside the Vehicle (explain in narrative)
5 External Distraction (outside the vehicle, explain in narrative)
6 Texting
7 Inattentive
88 Unknown

**Driver Vision Obstructions**   **1**
1 Vision Not Obscured
2 Inclement Weather
3 Parked/Stopped Vehicle
4 Trees/Crops/Bushes
5 Load on Vehicle
6 Building/Fixed Object
7 Signs/Billboards
8 Fog
9 Smoke
10 Glare
77 All Other, Explain in Narrative

## DRIVER OR PASSENGER

**Helmet Use (HU)**
1 DOT-Compliant Motorcycle Helmet
2 Other Helmet
3 No Helmet

**Eye Protection (EP)**   **3**
1 Yes
2 No
3 Not Applicable

**Restraint Systems (RS)**   **3**
1 Not Applicable
2 None Used - Motor Vehicle Occupant
3 Shoulder and Lap Belt Used
4 Shoulder Belt Only Used
5 Lap Belt Only Used
6 Restraint Used - Type Unknown
7 Child Restraint System - Forward Facing
8 Child Restraint System - Rear Facing
9 Booster Seat
10 Child Restraint Type Unknown
77 Other, Explain in Narrative

**Motor Vehicle Seating Position:**   LOCATION: SEAT **1** ROW **1** OTHER

Seat
1 Left
2 Middle
3 Right
77 Other (explain in narrative)
88 Unknown

Row
1 Front
2 Second
3 Third
4 Fourth
77 Other Row
88 Unknown

Other
1 Not Applicable
2 Sleeper Section of Truck Cab
3 Other Enclosed Cargo Area
4 Unenclosed Cargo Area
5 Trailing Unit
6 Riding on Motor Vehicle Exterior (non-trailing unit)
88 Unknown

**Ejection (EJECT)**   **1**
1 Not Ejected
2 Ejected, Totally
3 Ejected, Partially
4 Not Applicable
88 Unknown

**Air Bag Deployed (ABD)**   **2**
1 Not Deployed
2 Not Deployed
3 Deployed-Front
4 Deployed-Side
5 Deployed-Other (knee, air belt, etc.)
6 Deployed-Combination
7 Deployed-Curtain
88 Deployment Unknown

## NON-MOTORIST

**Non-Motorist Description**
1 Pedestrian
2 Other Pedestrian (wheelchair, person in a building, skater, pedestrian conveyance, etc.)
3 Bicyclist
4 Other Cyclist
5 Occupant of Motor Vehicle Not in Transport (parked, etc.)
6 Occupant of a Non-Motorist Transportation Device
7 Unknown Type of Non-Motorist

**Non-Motorist Location At Time of Crash**
1 Intersection - Marked Crosswalk
2 Intersection - Unmarked Crosswalk
3 Intersection – Other
4 Midblock - Marked Crosswalk
5 Travel Lane - Other Location
6 Bicycle Lane
7 Shoulder/Roadside
8 Sidewalk
9 Median/Crossing Island
10 Driveway Access
11 Shared-Use Path or Trail
12 Non-Trafficway Area
77 Other, Explain in Narrative
88 Unknown

**Non-Motorist Actions/Circumstances**
1st   2nd
1 No Improper Action
2 Dart/Dash
3 Failure to Yield Right-of-Way
4 Failure to Obey Traffic Signs, Signals, or Officer
5 In Roadway Improperly (standing, lying, working, playing)
6 Disabled Vehicle Related (working on, pushing, leaving/approaching)
7 Entering/Exiting Parked/Standing Vehicle
8 Inattentive (talking, eating, etc)
9 Not Visible (dark clothing, no lighting, etc.)

**Action Prior to Crash**
1 Crossing Roadway
2 Waiting to Cross Roadway
3 Walking/Cycling Along Roadway with Traffic (in or adjacent to travel lane)
4 Walking/Cycling Along Roadway Against Traffic (in or adjacent to travel lane)
5 Walking/Cycling on Sidewalk
6 In Roadway – Other (working, playing, etc.)
7 Adjacent to Roadway (e.g., shoulder, median)
8 Going to or from School (K-12)
9 Working in Trafficway (incident response)
10 None
77 Other, Explain in Narrative
88 Unknown

**Safety Equipment**
1 None
2 Helmet
3 Protective Pads Used (elbows, knees, shins, etc.)
4 Reflective Clothing (jacket, backpack, etc.)
5 Lighting
6 Not Applicable
77 Other, Explain in Narrative
88 Unknown

10 Improper Turn/Merge
11 Improper Passing
12 Wrong-Way Riding or Walking
77 Other, Explain in Narrative
88 Unknown

## ALCOHOL/DRUG/EMS

| SUSPECTED ALCOHOL USE:<br>1 No<br>2 Yes **1**<br>88 Unknown | ALCOHOL TESTED:<br>1 Test Not Given<br>2 Test Refused **1**<br>3 Test Given<br>88 Unknown, if Tested | ALCOHOL TEST TYPE:<br>1 Blood<br>2 Breath<br>3 Urine<br>77 Other, Explain in Narrative | ALCOHOL TEST RESULT:<br>1 Pending<br>2 Completed<br>88 Unknown | BAC | SUSPECTED DRUG USE:<br>1 No<br>2 Yes **1**<br>88 Unknown | DRUG TESTED:<br>1 Test Not Given<br>2 Test Refused **1**<br>3 Test Given<br>88 Unknown, if Tested | DRUG TEST TYPE:<br>1 Blood<br>2 Urine<br>77 Other, Explain in Narrative | DRUG TEST RESULT:<br>1 Positive<br>2 Negative<br>3 Pending<br>88 Unknown |

| SOURCE OF TRANSPORT TO MEDICAL FACILITY<br>1 Not Transported<br>2 EMS   3 Law Enforcement<br>77 Other, Explain in Narrative   88 Unknown | **1** | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |

## ADDITIONAL PASSENGERS

| PERSON # | VEHICLE # | NAME | | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |

CURRENT ADDRESS (Number and Street)    CITY & STATE    ZIP CODE

| SOURCE OF TRANSPORT TO MEDICAL FACILITY<br>1 Not Transported<br>2 EMS   3 Law Enforcement<br>77 Other, Explain in Narrative   88 Unknown | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |

| PERSON # | VEHICLE # | NAME | | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |

CURRENT ADDRESS (Number and Street)    CITY & STATE    ZIP CODE

| SOURCE OF TRANSPORT TO MEDICAL FACILITY<br>1 Not Transported<br>2 EMS   3 Law Enforcement<br>77 Other, Explain in Narrative   88 Unknown | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |

HSMV 90010 S (V/P) (rev 06/13)

| NARRATIVE | REPORTING AGENCY CASE NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|

V-2 and V-3 were stopped at the traffic light waiting for the traffic signal to turn green. Both vehicles were in the center lane to continue east bound on State Road 100. V1 was traveling east bound on State Road 100 in the center lane and the driver failed to stop at the red traffic light and collided with V2 in the rear center. This impact caused V2 to be pushed into V3 and collide with the left rear of the vehicle.

The drivers of V1 and V2 were transported to FHF by Rescue 11 for evaluation. The driver of V1 was issued a citation for careless driving.

### ADDITIONAL PASSENGERS

| PERSON # | VEHICLE # | NAME | | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CURRENT ADDRESS (Number and Street) | | CITY & STATE | | | | | | ZIP CODE | | | | |

| SOURCE OF TRANSPORT TO MEDICAL FACILITY<br>1 Not Transported<br>2 EMS   3 Law Enforcement<br>77 Other, Explain in Narrative   88 Unknown | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |
|---|---|---|---|

| PERSON # | VEHICLE # | NAME | | DATE OF BIRTH | INJ | SEX | LOC: S | R | O | EJECT | HU | EP | ABD | RS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CURRENT ADDRESS (Number and Street) | | CITY & STATE | | | | | | ZIP CODE | | | | |

| SOURCE OF TRANSPORT TO MEDICAL FACILITY<br>1 Not Transported<br>2 EMS   3 Law Enforcement<br>77 Other, Explain in Narrative   88 Unknown | EMS AGENCY NAME OR ID | EMS RUN NUMBER | MEDICAL FACILITY TRANSPORTED TO |
|---|---|---|---|

### ADDITIONAL VIOLATIONS

| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| PERSON # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |

### REPORTING OFFICER

| ID/BADGE NUMBER | RANK & NAME | | DEPARTMENT | | FHP | SO | PD | OTHER |
|---|---|---|---|---|---|---|---|---|
| 345 | Deputy<br>Erik Raymond Pedersen | | Flagler County | | | X | | |

HSMV 90010 S (N/D) (rev 06/13)



*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm**

August 5, 2021

Msp Recovery
2701 S Le Jeune Rd FL 11th
Coral Gables FL 33134-5809

**State Farm Claims**
PO Box 106134
Atlanta GA 30348-6134

RE:     Claim Number:     ████████
           Date of Loss:       January 11, 2017
           Our Insured:
           File Number:        ████████
           Policy Number:     967618559E
           Patient Name:      ████████

To Whom It May Concern:

Dear Ms. Fernandez:

State Farm Mutual Automobile Insurance Company hereby responds to the civil remedy notice filed by MSP Recovery 7/29/2021. The CRN purports to relate to claims for medical treatment of State Farm insured ████████ who also was enrolled in a Medicare plan and/ or Medicaid plan. The CRN alleges that the Insured was involved in an accident and that Health First Heath Plans, Inc. serviced or administered and paid for medical expenses related to the accident and assigned recovery rights to MSP Recovery Claims Series 44, LLC.

The reasons for the notice are set forth as claim denial, claim delay, unsatisfactory settlement offer, and unfair trade practice.

The notice asserts the following violations:

Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.

Insurer did not honor the assignment of benefits and pay according to the terms of the insurance contract and controlling statutory provision

**Insurer failed to review, negotiate in good faith, and settle a valid Medicare lien.**

No other information is provided.


As an initial matter, we point out that the CRN is legally deficient under section 624.155, Florida Statutes, and its implementing rules, in numerous respects:

1. The notice fails to identify the "person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations" in the notice.
2. The notice fails to recite or refer to the actual policy language in the subject policy. Indeed, no policy language is identified in the notice.
3. The notice fails to identify any specific bill purportedly not properly paid.
4. The notice fails to identify the amounts allegedly due under a State Farm insurance policy so that State Farm could cure the alleged violations and avoid unnecessary litigation.
5. The notice fails to state the facts and circumstances giving rise to the alleged violations with the specificity as required by the statute. Section 624.155, Florida Statutes, requires that the facts and circumstances giving rise to the alleged violations be stated "with specificity." The intended purpose of the CRN is to give the insurer notice of what it has done wrong and provide it an opportunity to correct the circumstances and thereby cure any alleged violations. The CRN does not comply with these statutory requirements. Accordingly, it fails to inform State Farm what it could do to cure the alleged violations if it wanted to do so, thereby defeating the purpose of the notice and cure provisions in the statutes.

The failure to provide the required specificity makes it impossible for State Farm to evaluate whether a claim has ever been presented to State Farm or to assess the validity of any such claim, still less to evaluate any alleged mishandling or statutory violations by State Farm for civil remedies purported to be raised by the notice.

In addition, although your notice asserts that MSP Recovery is the valid assignee of claims assigned by a Medicare and/or Medicaid plan, the notice provides no information that would allow State Farm to assess the validity of that assertion. To assert a claim, including for civil remedies, MSP Recovery must show that it has a valid assignment from an MAO, Medicaid Care Organization ("MCO"), or first-tier, or downstream entity.

Without any additional information that would allow State Farm to further assess the validity of the notice, State Farm specifically and expressly denies the allegations alleged in the CRN and affirms that at all time, State Farm acted in good faith and fairly and honestly toward providers and its insureds. It is State Farm's policy to pay all claims that it properly owes.

This response is not intended to be all-inclusive of the deficiencies in the notice. State Farm reserves the right to raise additional deficiencies in the notice, if, and when, such might become appropriate. For example, some claims may be barred by the applicable statute of limitations, the MSP Act's one-year claims-filing provision, or the exhaustion of benefits under the policy. Medicaid claims likewise may be barred or limited by the Florida Agency for Health Care Administration's contracts with MCOs.

In light of all the legal deficiencies in the notice, if you believe State Farm has actually mishandled a claim, State Farm requests that you file a new or amended CRN that complies with all the specificity requirements of the statute and would allow State Farm an opportunity to cure if any mishandling of a claim or violations actually occurred.


Page 3
August 5, 2021

We trust that this fully responds to the CRN you filed. If you have any questions about this response to the CRN, please contact PIP/MPC Team Manager, Bill Ponder. State Farm will advise the Department of Financial Services via its website that this response has been provided.

If you have questions or need assistance, call us at (844) 292-8615 Ext. 8633182827.

Sincerely,


Bill Ponder
Team Manager
(844) 292-8615 Ext. 8633182827
Fax: (844) 218-1140


State Farm Mutual Automobile Insurance Company

FIRST-CLASS MAIL
AUTO
U.S. Postage Paid
Lincoln, NE
STATE FARM

PRESORTED FIRST CLASS

*StateFarm*

Auto PIP A1 - PIP/MPC
P.O. Box 106134
Atlanta, GA 30348-6134

166-3801.2 AT   10-20-2014

011   GA08AP1 33134



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

## Civil Remedy Notice of Insurer Violations

Filing Number: ███████

Filing Accepted:   **7/29/2021**

Warning! Information submitted as part of this civil remedy notice is a public record.  Data entered into this form will be displayed on the DFS website for public review.  Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑ The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

### Complainant

| | |
|---|---|
| Name: | **MSP RECOVERY** |
| Street Address: | **2701 S LE JEUNE ROAD 11TH FLOOR** |
| City, State Zip: | **CORAL GABLES, FL  33134** |
| Email Address: | **CIVILREMEDY@MSPRECOVERY.COM** |
| Complainant Type: | **Other** |

### Insured

| | |
|---|---|
| Name: | ███████ |
| Policy #: | **9676185-A31-59E-4** |
| Claim #: | ███████ |

### Attorney

| | |
|---|---|
| Name: | **MSP RECOVERY** |
| Street Address: | **2701 S LE JEUNE ROAD 11TH FLOOR** |
| City, State Zip: | **CORAL GABLES, FL  33134** |
| Email Address: | **CIVILREMEDY@MSPRECOVERY.COM** |

### Notice Against

| | |
|---|---|
| Insurer Type: | **Authorized Insurer** |
| Name: | **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.

**MSP RECOVERY**

Type of Insurance:   **Auto**



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

## Civil Remedy Notice of Insurer Violations

Filing Number: ▇▇▇▇▇

### Reason for Notice

Reasons for Notice:

**Claim Denial**

**Claim Delay**

**Unsatisfactory Settlement Offer**

**Unfair Trade Practice**

**PURSUANT TO SECTION 624.155, F.S.** please indicate all statutory provisions alleged to have been violated.

**624.155(1)(b)(1)**          **Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.**

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

**On January 11, 2017, ▇▇▇▇▇▇ that was enrolled in a Medicare plan which was serviced or administered by Health First Health Plans, Inc., was involved in an accident. Health First Health Plans, Inc. paid for medical expenses related to the accident and assigned those recovery rights to MSP Recovery Claims Series 44, LLC**

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

**Insurer did not honor the assignment of benefits and pay according to the terms of the insurance contract and controlling statutory provision. Insurer failed to review, negotiate in good faith, and settle a valid Medicare lien.**

### Comments

| User Id | Date Added | Comment |
|---------|------------|---------|
|         |            |         |



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT D

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



January 24, 2022

Msp Recovery                                    **State Farm Claims**
2701 S Le Jeune Rd FL 11th                      PO Box 106134
Coral Gables FL  33134-5809                     Atlanta GA 30348-6134

RE:  Claim Number:      ███████████
     Date of Loss:      January 11, 2017
     Our Insured:       ████████████████

     ████████  It May Concern:

Please allow this letter to confirm receipt of your correspondence dated 01/07/22  for the above
captioned loss and the treatment provided to ████████████  by Msp Recovery on date(s)
of service (DOS) 01/11/17 . Please note that this claim involves our policy language.

Upon review, your demand letter is deficient as it fails to meet the strict requirements outlined in
F.S. §627.736(10). The statute requires all demand letters to state with specificity certain
information relating to treatment provided, including by example an itemized statement
specifying each exact amount, date of treatment, service or accommodation, the type of benefit
claimed to be due, and a copy of the assignment of rights to the claim.

The ledger and/or copies of the bills that you submitted with your correspondence lists all
charges incurred instead of providing an itemization of those charges claimed to be due as
required by statute.

Pursuant to the Third DCA ruling Rivera vs. State Farm Mutual Automobile Insurance Company,
in order for an insured's pre-suit demand letter to comply with F.S. §627.736, it must provide the
exact information listed in the statute. Because your demand letter is deficient, State Farm® is
unable to evaluate the alleged dispute in consideration of resolution.

Please note that your correspondence fails to strictly comply with Florida Statute 627.736(10),
as it fails to include a copy of the Assignment of Benefits.

A review of this claim indicates payment for DOS 01/11/17  was appropriate pursuant to both
the terms and conditions of the policy of insurance under which the subject claim is being made,
as well as Florida Statute 627.736.  Therefore, no additional payment, interest, penalty or
postage is due.

████████

Page 2
January 24, 2022

We have received your request for a PIP log. Please be advised pursuant to the Florida PIP Statute 627.736 as well as the court's ruling in Progressive American Insurance Company, et al. v Rural/Metro Corporation of Florida (994 SO. 2d 1202), State Farm® is not required to provide you with a PIP log nor are you entitled to receive same.

State Farm® considers this letter responsive to your demand for payment and the requests therein. Should you disagree with the above, or if you have further questions, please do not hesitate to contact me. We reserve our right to raise any defenses concerning the validity of the demand letter or any other defenses that relate to this claim for No-Fault benefits.

Sincerely,


Angie Greer
Claim Specialist
(844) 292-8615 Ext. 8633182967
Fax: (844) 218-1140

State Farm Mutual Automobile Insurance Company

Case 1:22-cv-22287-BB Document 1-1 Entered on FLSD Docket 07/21/2022 Page 59 of 72

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-015610-CC-25

MSP RECOVERY CLAIM SERIES
44, LLC

PLAINTIFF,

V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DEFENDANT.
_____/

**DEFENDANT'S NOTICE OF COMPLIANCE WITH RULE 2.516(b)(1)
AND DESIGNATION OF E-MAIL ADDRESS**

COMES NOW **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, and files this Notice of Designation of Primary Email Address for service of pleadings **only** in compliance with Florida Rule of Judicial Administration 2.516 (b) (1). Primary email address shall be: JD-KD@kubickidraper.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-mail to: Natalie M. Rico Esq., of Milberg Coleman Bryson Phillips Grossman, PLLC at Nrico@milberg.com , this 1st day of July, 2022.

KUBICKI DRAPER
9100 S. Dadeland Blvd.,
Suite 1800
Miami, FL 33156
Direct Line:305-982-6708
JD-KD@kubickidraper.com

BY: _/s/ Jarred S. Dichek_

JARRED S. DICHEK
FL BAR# 15978

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-015610-CC-25

MSP RECOVERY CLAIM SERIES
44, LLC

PLAINTIFF,

V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DEFENDANT.

_____/

## DEMAND FOR JURY TRIAL

COMES NOW, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, by and through the undersigned counsel, and hereby pursuant to Fla. Sm. CI. R. 7.150 and F.R.C.P. 1.430, demands a TRIAL BY JURY ON ALL ISSUES SO TRIABLE AS A MATTER OF RIGHT.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-mail to: Natalie M. Rico Esq., of Milberg Coleman Bryson Phillips Grossman, PLLC at Nrico@milberg.com , this 1st day of July, 2022.

KUBICKI DRAPER
9100 S. Dadeland Blvd.,
Suite 1800
Miami, FL 33156
Direct Line:305-982-6708
JD-KD@kubickidraper.com

BY:___/s/ Jarred S. Dichek
        JARRED S. DICHEK
        FL BAR# 15978

Filing # 151698184 E-Filed 06/17/2022 10:19:49 AM

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION**<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE**<br>**(a) GENERAL FORMS** | **CASE NUMBER**<br>2022-015610-CC-25 |
| **PLAINTIFF(S)**<br><br>MSP Recovery Claims Series 44, LLC | **VS. DEFENDANT(S)**<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s): State Farm Mutual Automobile Insurance Company

c/o Chief Financial Office

200 E. Gaines Street

Tallahassee, FL 32399

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: Natalie M. Rico / Jordan M. Macejka

whose address is: Milberg Coleman Bryson Phillips Grossman, PLLC

2701 S. LeJune Road, 10th Floor

Coral Gables, FL 33134

**CLOCK IN**

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of COURTS** | 33379<br>DEPUTY CLERK | **DATE**<br><br>6/22/2022 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

CLK/CT. 314 Rev. 09/19

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-015610-CC-25

MSP RECOVERY CLAIM SERIES
44, LLC

PLAINTIFF,

V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DEFENDANT.

_____/

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

**COMES NOW,** the Defendant **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** hereby files this, its Motion for Extension of Time to Respond to Plaintiff's Complaint, and as grounds therefore would state as follows:

1)      The undersigned counsel was recently retained as counsel.

2)      Defendant has not yet been able to secure all of the necessary information to timely and adequately respond to the Complaint.

3)      Accordingly, the Defendant is herein requesting additional time in order to adequately respond to Plaintiff's Complaint.

4)      This Motion is not intended to prejudice either party but rather in the interest of justice and to adequately defend the Defendant's interests in this litigation.

5)      The undersigned shall contact opposing counsel prior to the hearing date in an attempt to secure an agreement regarding this matter and resolve the same without a hearing.

**WHEREFORE**, the Defendant respectfully requests that the foregoing Motion be granted by this Court and that the Court enter an Order allowing the Defendant a 30 day extension to respond to Plaintiff's Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-mail to: Natalie M. Rico Esq., of Milberg Coleman Bryson Phillips Grossman, PLLC at Nrico@milberg.com , this 6th day of July, 2022.

KUBICKI DRAPER
Attorneys for Defendant
9100 S. Dadeland Blvd., Suite 1800,
Miami, FL 33156
Direct Line: (305) 982-6616
Facsimile: (305) 374-7846
E-service: jd-kd@kubickidraper.com


BY:   /s/ *Jarred S. Dichek*
Jarred S. Dichek, Esq.
Florida Bar No. 15978

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-015610-CC-25

MSP RECOVERY CLAIM SERIES
44, LLC

PLAINTIFF,

V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DEFENDANT.
_____/

## NOTICE OF APPEARANCE

COMES NOW, JARRED S. DICHEK, of the law firm of KUBICKI DRAPER, P.A., and files this, his Notice of Appearance on behalf of Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** Individually, in the above styled matter, and requests that copies of all future pleadings and correspondence in this case be directed to his attention.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-mail to: Natalie M. Rico Esq., of Milberg Coleman Bryson Phillips Grossman, PLLC at Nrico@milberg.com , this 1st day of July, 2022.

**KUBICKI DRAPER**
*Attorneys for the Defendant*
9100 S. Dadeland Blvd.,
Suite 1800
Miami, Florida 33156
Direct Line:305-982-6711
Email: JD-KD@kubickidraper.com

BY:   **/s/ Jarred S. Dichek**
        JARRED S. DICHEK, ESQ
        Florida Bar No. 15978

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-015610-CC-25

MSP RECOVERY CLAIM SERIES 44, LLC

PLAINTIFF,

V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DEFENDANT.

_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL AND DESIGNATION OF EMAIL ADDRESS

COMES NOW, Caryn L. Bellus, Esquire of the law firm of KUBICKI DRAPER, and files this, her Notice of Appearance as Co-Counsel on behalf of Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the above styled matter, and requests that copies of all future pleadings and correspondence in this case be directed to his attention.

Designation of Primary Email Address for service of pleadings **only** in compliance with Florida Rule of Judicial Administration 2.516; the primary email address will be:

CB-KD@kubickidraper.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-mail to: Natalie M. Rico Esq., of Milberg Coleman Bryson Phillips Grossman, PLLC at Nrico@milberg.com , this 13th day of July, 2022.

KUBICKI DRAPER, P.A.
Counsel for Defendant
9100 S Dadeland Blvd., Suite 1800
Miami, Florida 33156
Direct Line: (305) 982-6634
Facsimile:  (305) 374-7846
E-Service: cb-kd@kubickidraper.com

By:   /s/ *Caryn L. Bellus, Esq.*
CARYN L. BELLUS, ESQ.
Florida Bar Number: 060445

Case 1:22-cv-22287-BB   Document 1-1   Entered on FLSD Docket 07/21/2022   Page 66 of 72

IN THE COUNTY COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-015610-CC-25

MSP RECOVERY CLAIM SERIES 44, LLC

PLAINTIFF,

V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DEFENDANT.

_____/

### NOTICE OF APPEARANCE OF CO-COUNSEL AND
### DESIGNATION OF EMAIL ADDRESS

COMES NOW, Barbara E. Fox, Esquire of the law firm of KUBICKI DRAPER, and files this,

her Notice of Appearance as Co-Counsel on behalf of Defendant, STATE FARM MUTUAL

AUTOMOBILE INSURANCE COMPANY, in the above styled matter, and requests that copies of all

future pleadings and correspondence in this case be directed to his attention.

Designation of Primary Email Address for service of pleadings **only** in compliance with Florida

Rule of Judicial Administration 2.516; the primary email address will be:

BF-KD@kubickidraper.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by
E-mail to: Natalie M. Rico Esq., of Milberg Coleman Bryson Phillips Grossman, PLLC at
Nrico@milberg.com , this 13th day of July, 2022.

KUBICKI DRAPER, P.A.
Counsel for Defendant
9100 S Dadeland Blvd., Suite 1800
Miami, Florida 33156
Direct Line: (305) 982-6634
Facsimile:  (305) 374-7846
E-Service: bf-kd@kubickidraper.com

By:   /s/ *Barbara Fox*
BARBARA E. FOX, ESQ.
Florida Bar Number: 155608

Case 1:22-cv-22287-BB   Document 1-1   Entered on FLSD Docket 07/21/2022   Page 67 of 72

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

| | |
|---|---|
| MSP RECOVERY CLAIMS SERIES 44, LLC | **CASE #:** 2022-015610-CC-25 |
| | **COURT:** ELEVENTH JUDICAL CIRCUIT COURT |
| PLAINTIFF(S) | **COUNTY:** MIAMI-DADE |
| | **DFS-SOP #:** 22-000207761 |
| VS. | |
| STATE FARM MUTUAL AUTOMOBILE | |
| INSURANCE COMPANY | |
| DEFENDANT(S) | |
| _____/ | |
| SUMMONS, COMPLAINT, CIVIL COVER SHEET | |

# <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Friday, June 17, 2022 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, June 21, 2022 to the designated agent for the named entity as shown below.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis

Jimmy Patronis
Chief Financial Officer

JOHN H. RUIZ
FLORIDA BAR LAWYER
MSP RECOVERY LAW FIRM
2701 S. LEJEUNE RD., 10TH FLOOR
MIAMI, FL 33134

KS1

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>2022-015610-CC-25 |
|---|---|---|

| PLAINTIFF(S)<br><br>MSP Recovery Claims Series 44, LLC | VS.  DEFENDANT(S)<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | SERVICE |
|---|---|---|

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on
defendant(s):  State Farm Mutual Automobile Insurance Company

    c/o Chief Financial Office

    200 E. Gaines Street

    Tallahassee, FL 32399

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney:  Natalie M. Rico / Jordan M. Macejka

whose address is:  Milberg Coleman Bryson Phillips Grossman, PLLC

    2701 S. LeJune Road, 10th Floor

    Coral Gables, FL 33134

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| HARVEY RUVIN<br>CLERK of COURTS | | DATE |
|---|---|---|
| | DEPUTY CLERK | |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355,  at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

Case 1:22-cv-22287-BB Document 1-1 Entered on FLSD Docket 07/21/2022 Page 69 of 72

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2022-015610-CC-25
SECTION: CG02
JUDGE: Elijah A. Levitt

**MSP Recovery Claims Series 44, LLC**

Plaintiff(s) / Petitioner(s)

vs.

**State Farm Mutual Automobile Insurance Company**

Defendant(s) / Respondent(s)

_____/

## UNIFORM CASE MANAGEMENT ORDER SETTING PRETRIAL DEADLINES AND RELATED REQUIREMENTS (GENERAL PATHWAY - COUNTY CIVIL PROCEDURE CASES)

PLAINTIFF SHALL SERVE THIS ORDER UPON A DEFENDANT WITHIN 10 DAYS OF ANY FILING BY THAT DEFENDANT.

ALL PARTIES MUST READ CAREFULLY AS STRICT COMPLIANCE IS MANDATORY.

In compliance with the mandatory requirements of governing Administrative Orders regarding case management, the Court hereby ORDERS as follows:

1. Attorneys are professionally obligated to diligently litigate the case so litigation can conclude as soon as it is reasonably and justly possible. See Florida Rule of General Practice and Judicial Administration 2.545. The specific pretrial deadlines and requirements set forth herein shall be strictly enforced by the Court. Non-compliance with any part of this Order may result in sanctions including, but not limited to, striking of pleadings, monetary sanctions, waiver and/or default. It is on the parties to promptly and timely schedule hearings on filed motions.

2. The deadlines contained in this Order cannot be waived or extended by stipulation of the parties and remain in effect unless the Court grants an enlargement. A motion seeking an enlargement of a particular deadline shall specify detailed reasons for the enlargement and the amount of time requested.

3. In the event parties are unable to coordinate any non-dispositive and non-evidentiary hearing, deposition, or motion within a reasonable period of time (not less than 72 hours) and after 3 documented attempts, the moving party shall unilaterally set the issue for hearing pursuant to divisional instructions to occur no less than 14 days and no more than 45 days after the third attempt.

4. <u>SETTLEMENT</u>:  Counsel shall immediately notify the Court in the event of settlement and submit a Stipulation of Settlement and Order of Dismissal.  Counsel shall also notify the Court of any pending hearings that will be cancelled as a result of the settlement.

5. <u>SERVICE</u>: Plaintiffs shall serve their actions promptly by **October 14, 2022** and in compliance with Florida Rule of Civil Procedure 1.070. Service issues shall be addressed promptly and with diligence. No extensions pursuant to Florida Rule of Civil Procedure 1.070 shall be granted without specific proof of diligent effort to effect service and a written explanation of what efforts the Plaintiff intends to pursue to effect service successfully, with proposed deadlines. No extension to serve a defendant beyond **January 11, 2023** shall be allowed.

6. The following litigation deadlines are set:

   a. <u>ADDITION OF ANY NEW PARTIES</u> shall occur by **December 12, 2022**.

   b. <u>FACT WITNESS LIST</u> shall be filed by **April 12, 2023**. The fact witnesses shall be in alphabetical order and contain the names and addresses of all non-expert witnesses. Only those witnesses listed shall be permitted to testify without leave of Court. All witness lists shall include a brief description of the substance and scope of the testimony to be elicited. Within 30 days of discovering previously unknown witnesses, either party may seek leave of Court to amend their submissions, disclosures, or discovery obligations.

   c. <u>EXHIBIT LIST</u> shall be filed by **April 12, 2023**. The Exhibit List shall disclose a list of all documentary and physical evidence intended to be used at trial. Each item shall be specifically described and listed by number and description. Generic descriptions of exhibits are subject to being stricken. All listed exhibits shall have been made available to opposing counsel for examination, initialing, and copying. Parties shall timely amend their exhibit list.

   d. <u>EXPERT WITNESSES</u> shall be disclosed by **June 11, 2023** with the names and addresses of all the expert witnesses to be called at trial and all information regarding expert testimony that is required by Rule 1.280(b)(5)(A).  This includes disclosing the expert's area of expertise and serving a copy of each expert's reports or answers to expert interrogatories, if a report was prepared and/or expert interrogatories propounded. Each party is limited to one expert per specialty.  No other expert testimony shall be permitted at trial.

   e. <u>FACT AND EXPERT DISCOVERY</u>, including all inspections, depositions, and examinations, shall be completed no later than **November 7, 2023**. Written discovery shall be served no later than **October 4, 2023**. The parties shall timely coordinate the scheduling and setting of depositions for all witnesses and/or parties they intend to depose.

   f. <u>MOTIONS FOR SUMMARY JUDGMENT and DAUBERT MOTIONS</u> shall be filed by **August 10, 2023** and heard no later than **November 7, 2023**.

   g. <u>OBJECTIONS TO PLEADINGS AND ALL OTHER PRETRIAL MOTIONS</u>, except

for motions in limine, shall be filed by **September 9, 2023** and heard no later than **November 7, 2023**. Any motion not filed and heard prior to the expiration of this deadline may be deemed waived or denied absent extraordinary circumstances which could not have been prudently anticipated, or by order of the Court entered prior to the expiration of the applicable time limitation.

h. <u>MEDIATION</u>: Parties are hereby referred to mandatory mediation, which shall be completed no later than **November 7, 2023**. The parties shall comply with Florida Rules Civil Procedure 1.700, 1.710, 1.720, 1.730, and 1.750 as to the conduct of mediation. Plaintiff's counsel is appointed lead counsel to facilitate, mutually coordinate and schedule the mediation conference. Costs of mediation shall be borne equally by both parties. Failure to mediate in good faith may result in the imposition of monetary sanctions.

7. <u>TRIAL</u>: The projected date of trial is **December 7, 2023**. A firm trial date will be ordered by the Court when the case is at issue pursuant to Florida Rule of Civil Procedure 1.440. The parties shall do all things reasonable and necessary to assure the availability of their witnesses for the entire trial period or to otherwise preserve their testimony for trial as provided by the Florida Rules of Civil Procedure.  Failure to do so will not be grounds for a continuance.

8. <u>JOINT PRETRIAL STIPULATION</u>: A Joint Pretrial Stipulation shall be filed by all parties (via counsel of record) no later than **November 7, 2023**. All parties shall cooperate in good faith in preparation of the Joint Pretrial Stipulation. Unilateral pretrial stipulations will not be accepted. The single, unified submission shall contain the following information in separately numbered paragraphs or sections:

a. <u>Stipulated Statement of Facts</u>:  A list of those facts that can be stipulated to and require no proof at the trial, together with a concise, impartial statement of the facts of the case.

b. <u>Statements of Disputed Law & Fact</u>:  Those issues of law and fact that are to be tried.

c. <u>Witness Lists</u>:  Parties shall attach the witness lists filed consistent with Paragraph 6b. and 6d. of this Order, including all rebuttal or impeachment witnesses. If any party objects to any witness, such objections shall be stated in the Stipulation, setting forth the grounds with specificity. At trial, all parties shall be strictly limited to witnesses properly and timely disclosed.

d. <u>Exhibit Lists</u>:  Counsel shall initial each other party's exhibit list and exhibits consistent with Paragraph 6c. of this Order. If any party objects to the introduction of any such exhibit, such objection shall be stated in the Stipulation, setting forth the grounds with specificity. Parties shall attach the final, initialed exhibit lists with objections. Only those exhibits listed and initialed may be offered in evidence.

e. <u>Jury Instructions</u>:  If the trial is a jury trial, counsel shall identify and attach all agreed upon standard instructions and all special instructions.  Any disputed jury instructions shall be attached and identified as to the party that proposed the instruction, along with copies of supporting case law.

   f. <u>Verdict Forms</u>:  If the trial is a jury trial, the proposed jury verdict forms shall be attached and designated as agreed to or disputed.

   g. <u>Motions in Limine</u>:  Each party shall make any anticipated motion(s) in limine indicating all stipulations/agreed items and any motion(s) in limine requiring a Court ruling.

   h. <u>Trial Estimate</u>:  Each party shall provide an estimate of the number of days for trial.

   i. <u>Daubert issues</u>:  All Daubert issues involving any requests for Daubert-related evidence shall be in writing. Failure to do so shall constitute a waiver of any Daubert-related evidence issue.

   j. <u>Other issues</u>: The parties shall list any other issue that could potentially take up unnecessary time during the trial to facilitate the resolution of those matters prior to the trial date.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>27th day of June, 2022</u>.



<u>2022-015610-CC-25 06-27-2022 4:18 PM</u>
Hon. Elijah A. Levitt

**COUNTY COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Jordan M. Macejka, jmacejka@milberg.com
Jordan M. Macejka, MCBPG_service@firmspro.com
Natalie Marie Rico, nrico@milberg.com
Natalie Marie Rico, amkamanga@milberg.com
Natalie Marie Rico, tlancaster@milberg.com

**Physically Served:**